US District Court May 26, 2012
District of New Hampshire

US DISTRICT COURT
DISTRICT OF N.H
FILED
2012 JUN -1 P 12:02

Merrimack, ss

JL Ali v. N.H. State Prison, Warden

Docket No. 1:12-CV-00185-JL

## DEFEDENT'S MOTION TO APPOINT NEW COUNSEL and Interpreter.

Now Comes, Dominic Ali, who pro-se respectfully, moves this Honorable Court to grant this motion for the following reason states below;

(1) Mr. Ali was found guilty after trial at the Hillsborough County Superior Court, Northern District Docket No. 2008-S-0857, 0859, 62, 64. And he was sentence by the Court (Barry J.) on February by his new Counsel early 2009.

(2) Mr. Ali submits the financial affidavit filed with the petition for writ of Habens Corpus pursuant to 28 U.S.C 2254 filed by Ali. Attachment A. I, Memorandum of law)(Iml) in this matter supports the contention that Mr. Ali remains indigent at this time.

1 of 3

(3) On May 16, 2012, Mr. Ali filed a motion to proceed in forma pauperis with Financial Affidavit and Custodial Certificate. Both motions is granted by the Honorable Court Magistrate Judge Daniel J. Lynch.

(4) Under ground of Ineffective assistance of Counsel's that is violation of the six Amendment to the United State Constitution. Mr. Ali was appointed six Attorneyes to represent him in this Case. Non of these counsels was effective during Mr Ali's Proceeding in Court.

(5) The trial Court failed to offer Mr. Ali an Interpreter during his Court apperings and trial Sept 25, 26, 2008, that is violations of Mr. Ali's right under the Fifth Amendment pursuant to the C.IA act. Mr. Ali was born in Kuhrtown Sudan. He fled from Sudan in 1999 to Egypt with his mother and sister who are U.S citizen now and left the rest of his family behind due to civil war in Sudan. Mr. Ali's primary language is other then the English during his trial and Conviction. The Judge at the hearing had best position and he did not assess Mr. Ali Usage, Comfort level and intelligibility during trial knowing ~~that they where~~ ineffective that he his Counsels were

2 of 3

(a) ask both trial counsel to withdraw from this case. The lack of interpreter during Mr. Ali's proceeding inhibited him in comprehension and communication with the presenting Judicial and presentation of the charges that the court did not seek to measure Mr. Ali's comparative ability to speak or understanding the English language when his educational level was a 3rd grade at the time of his trial and conviction.

(b) Should this court find that Mr. Ali is indigent then Mr. Ali would respectfully request that Counsel be appointed with an interpreter for a hearing, argument and brief.

(1) Allowed this Honorable Court to correct manifest injust;

(2) Allowed new Counsel be appointed as protected by the Federal Constitution the Sixth Amendment to the United States and grant further relief as is just and equitable.

*Ali Dominic*
May 26, 2012

## Certificate of Service

I, Dominic Ali, hereby certify that this day 25, 2012, this motion was forwarded in the U.S. Mail first class postage address.