5/21/2012

Dominic S Ali 81829
138 East Milan Road
Berlin, NH 03570

2012 MAY 29 P 2:26

United State District Court
Warren B Rudman United
State Courthouse
55 Pleasant St Room 110
Concord, NH 03301

Case: 1:12-cv-00185-JL Ali v. NH State
Prison, Warden Case Assigned

Dear Clerk:

My address is change to the New Hampshire State Prison Berlin. Please direct any legal mail from this Court to the address provided to you. In addition, would please provide me with a Summonses Form as soon as Posible

Thank you!

Dominic Ali, 81829
138 East Milan Rod
Berlin, NH 03570

1 of 1