UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Dominic S. Ali</u>

   v.                                                   Civil No. 12-cv-185-JL

<u>Warden, N.H. State Prison, et al.</u>

**<u>NOTICE OF RULING</u>**

    Re: Motion to Amend Petition for Writ of Habeas Corpus
    (doc. no. 12)

    By order dated October 10, 2012, Ali was granted leave to amend his petition to clarify claims and demonstrate exhaustion. The motion to amend is Ali's response to that order.  The clerk is directed to redocket the motion (doc. no. 12) as Ali's Amended Petition for Habeas Corpus, filed in response to the October 10 order (doc. no. 7).  Upon completion of preliminary review of the amended petition, the magistrate judge will determine whether to serve the respondent, or to recommend dismissal of Ali's claims.

    SO ORDERED.

                                                    _____
                                                    Landya McCafferty
                                                    United States Magistrate Judge

November 29, 2012

cc:   Dominic S. Ali, pro se