Dominic Ali 81829
138 E Milan Rd
Berlin, NH 03570

U.S. District Court					4/8/13
55 Pleasant St, Room 110
Concord, NH 03301-3941

			Case No; 12-cv-185-JL

Dear Mr; Clerk;

		I would like to for you to attache motion for Recusal for the following reason states. On or about 4/8/2004, the Honorable Court played a big role in Mr. Ali's case that until his appeal with the N.H. Supreme Court, that the Honorable Court Carol Ann Conboy decision effected Mr. Ali's case in his failure to consider Mr. Ali's claim that prejudice Mr. Ali's resulting in an unreliable or fundamental unfair outcome of the Proceeding and substantial miscarriage of Justice, when he rendered decision that was prejudice to Mr. Ali case in the light of prevailing law, by the reviewing authority. See; Ali's motion for of appeal as exhibit filed with this Court also, motion to appoint new counsel other then appellate, motion Requesting Premission for

Consideration of the Petitioner Facts, Argument and applicable law in support of the brief, Also Aliss Appeal decision on Dec 13,10 2009-0140,

It always came to my mind that way the Honorable Court ConBoy always defendant or it seems like he is protecting his decision that prejudice my case from the start that the Hillsborough Count Superior Court als denied to address this issues when in that time Justice Conboy was Associate Justice with the Superior Court 92-09, My conviction was on Sept 25,26,08 that Justice Conboy decision played a big role in Mr. Aliss sentence enhancement and was not given due process of law to attack this (DVP) petition that it shouldn't be in the table. Just lately I was received copies of these decision from the Coo's County Suprior Court and the Hillsborough County Suprior Court upon my request for these document that shed the light to this issues. See; Order Octo 10, 2012, A, B, claims with this Court. Petition (doc No 1) please add this motion as an Exhibit to the petition (doc 1) if you have any Question, please write back. Thank You.