United States District Court
for the District of NH

U.S. DISTRICT COURT
DIST OF N.H.
FILED
2013 MAY 10 A 11:13

Petitioner    Dominic Ali

v.

Defendant    New Hampshire State Prison
             Warden

Civil No. 12-cv-185-JL

Petitioner motion to amend his petition
to drop claims #5 and #6H

NOW COMES, Dominic Ali, Sui Juris, respectfully requests this Honorable Court to grant this motion for the following reason states below;

The petitioner Dominic Ali, has a writ of hebeas Corpus doc (1 No 1) filed pursuant to 28 U.S.C 2254, with this Court claiming violation of his civil Constitutional Rights by this State.

This court report and recommendation issued this date 5/2/13, finds that the petitioner's petition is a "mixed" petition, in that it includes two claims (5 and 6h) as to which the petitioner has not demonstrated exhaustion of state court remedies, along with set of claims as to which the petitioner has demonstrated exhaustion.

WHEREFORE, the petitioner Dominic Ali, respectfully requests this Honorable Court to grant this motion to amend his Petition to drop claim #5 and #6;

① Allowed the Court to correct a manifest injustice;

② Grant the petitioner such other and further relief as is just and equitable.

## Certificate of Service

I, Dominic Ali, hereby certify under penalty of perjury, that this copy of this motion has been forwarded in the U.S. Mail with first class postage addressed to N.H. Attorney Generals, Concord, N.H.

*Dominic* 5/7/13

_____  5/7/13

Dominic Ali 81829
138 East Milan Rd
Berlin, NH 03570
C-file