Dominic Ali 81824
138 East Milan Rd
Berlin, NH 03570

U.S. District Court          5/6/13
  District of N.H.
55 Pleasant St R110
Concord, NH 03301-3941

        Dear Mr. Clerk;

        I thank the Court for allowing to bring claim 9 in my petition 2254 filed with this court in May 2, 12. On page 5, of May 5, 13, it seem like this court wants to hold me accountable for the petition I filed on March 8, 2011, See; Ali v. State, 2008, 858. All though, this issue is irrelevant, please be advised, my petition was wrongly filed in place of confinedment. See; Rule 2 of the Rule governing Section 2254 cases in the United State District Court. Thats why it took me longer to refile my petition. And in the other hand, thats why Judge Garfunkel with the Superior Court for the Southern District took the chance to dismiss my petition even thoug, he has no legal jurisdiction over said writ.

1 of 4

IF this Court wants to consider that petition and the issues, then claim "6h" is on page 6 of the petition I filed on March 8, 2011, their for this issue is exhausted. I don't have a good copy of that petition in hand. I was living in Concord State prison and all my case files is on the desk for use by a computer. And I just got a notice for the Concord prison that they want to disalow computer use for the law library. and I have no chance of having all my copies printed for me. or this Court can ask the lower Court to provid you with a copy of that petition. An as well as the notice of appeal in State v. Ali, 2009-0140. thats the copy I have and the one my attorney send me. please be advised, and hope this Court consider this, that, my attorney's keept all my case files away from me. they never thought I will one day exposed their incompetency assistance that violates my constitutional Rights for further proceeding. The notice of appeal 2009-0140 was filed by my incompetent counsel Anthony L. Introcaso, who perffer that

2 of 4

I spent five years in prison that seems to him like a walk on the beach. This is not an attorney who wants to over turn this case, He was only interested in a fees. I ask the "NHSC" to send a copy of my filed copies with them, they so far not responding to my request. A request from you Mr. clerk by this Court would take care of this issues. As you notice, I've been using my hand writting all this time since I was moved to Berlin State prison and I have no use of computer thats more eazyer then writting, but I have no option but to write.

    I hope this Court would go forward with these issues in hand. I have no time in going back so that the lower Court would dismiss my petition all over againe and againe. The Lower Courts been prejudic senw the start of this case. I understand that everthing could have been in black and white, but me not knowing that the Court would be prejudice in denying my Constitutional Rights. I verbally and

3 of 4

in letters wrote the court about all these issues that my attorneys are incompetent but no one had time for my issues. IF this court wants to amend an issue, please do so, incoulding Exibits.

Respectfully Submitted,

Dominic Ali

```
                    Dominic Ali 81829
                    P.O.Box 14
                    Concord,NH 03302
```

                                              April 23,2012

New Hampshire Public Defender's
Aileen O'Connell,esq 17144
Helen Sullvanesq,18359

RE; 2012-0197,Dominic Ali v. Richard Gerry,State Prison Warden
_____

Dear Attorney:

      Dominic Ali has a Petition for Writ fo Habeas Corpus appeling from the Hillsborough County North Superior Court order by judge Gillian L. Abramson on March 5th of this year to the New Hampshire Supreme Court.

  Would you please pervid me with all of your origenal case file pleas.

                                      Very truly yours, *[signature]*

State Prison
Dominic Ali 81829
P.O.Box 14
Concord,NH 03302
 C;file.

*[Notary signature]* Becky A. Harding 4/23/12
BECKY A. HARDING, Notary Public
My Commission Expires 2/2/2016

                    1 of 1

Dominic Ali 81829
P.O.Box 14
Concord,NH 03302

April 23,2012

Posteconviction Counsel
Anthony L. Interocaso,esq,1244
Bay St
Manchester,NH 03103

Dear Attorney:
      Dominic Ali has a Petition for Writ of Habeas Corpus appeling from the Marrimack County Superior Court order by judge Gillian Abramson on March 5th of this year to the New Hampshire Supreme Court.
  Would you please pervid me with all of your origenal case file please.

Very truley yours, *[signature]*

_____

Dominic Ali 81829
P.o.Box 14
Concourd,NH 03302
C;file.

Becky A. Harding 4/23/12

BECKY A. HARDING, Notary Public
My Commission Expires 2/2/2016

1 of 1

```
                    Dominic Ali 81829
                    P.o.Box 14
                    ConcordNH o33o2
```

April 23,2012

N.H.Appellate Defender's Office
Paul C. Borchardt.esq, 14819

Dear Attorney:

        Dominic Ali has a petition for Writ of Habeas Corpus appeling from the Marrimack County Superior Court order by Gillian Abramson on March 5th of this year to the New Hampshire Supreme Court.

  Would you please pervid me with all of your origenal case file please.

Very truly yours, *[signature]*

———————————————

Becky A. Harding 4/23/12
BECKY A HARDING, Notary Public
My Commission Expires 2/2/2016

Dominic Ali 81829
P.O.Box 14
Concord,NH 03302
C;file.

1 of 1