# UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

May 15, 2013

New Hampshire State Prison
138 East Milan Rd.
Berlin, NH  03570
Inmate: Dominic Ali (81829)

Re: Ali v. NH State Prison, et al., 12-cv-185-JL

Dear Mr. Ali:

I am writing in response to your letter received May 10, 2013, in which you appear to respond to prior orders of the court and ask for assistance in obtaining your client file from an attorney who represented you in state court.

Please note that to the extent you are seeking to object or request reconsideration of an order of the court, or to the extent you are requesting any form of relief from the court, you must do so by formal pleading and not by letter. See Fed. R. Civ. P.7(b)(1); LR 7.1(a); LR 77.6.

To the extent you are asking the clerk's office for assistance in obtaining your client file from your former attorney, unfortunately we cannot provide the assistance you seek. Federal statute prohibits the clerk's office from providing legal research, advice, or assistance to any member of the public or to an attorney, 28 U.S.C. § 955. That said, please note that the determination as to whether an attorney or a client has an ownership right to papers or property assembled during the course of a legal representation presents complex factual and legal issues and varies by jurisdiction. See NH Rule of Professional Conduct 1.16(d). Without commenting on whether this court ultimately has jurisdiction to resolve the issue, I would suggest that you perform some legal research regarding issues of ownership and control of client files and attempt to resolve this matter with your prior counsel.

Sincerely,

Daniel J. Lynch
Chief Deputy Clerk

DJL/