# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT



Coos Superior Court
55 School St., Suite 301
Lancaster NH 03584

Telephone: (603) 788-4702
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## ORDER OF NOTICE
## HEARING SCHEDULED

Case Name:     **Dominic S. Ali v Edward Reilly, Warden**
Case Number:   **214-2012-CV-00178**

A petition has been filed against you in this Court. A copy of the petition is attached.
The Court has scheduled the following: **Video Habeas Corpus Hearing**

**Date: January 04, 2013**                    Location: 55 School St., Suite 301
**Time: 1:30 PM**                             Lancaster NH 03584
**Time Allotted: 30 Minutes**

**The Court ORDERS that ON OR BEFORE:**

| Date | Action |
|---|---|
| November 01, 2012 | Dominic S. Ali shall have this Order of Notice and the attached Petition served upon Edward Reilly, Warden in hand or abode. |
| November 15, 2012 | Dominic S. Ali shall file the return of service with this Court. Failure to do so may result in this action being discontinued without further notice. |
| November 15, 2012 | Edward Reilly, Warden shall file a written appearance form with this Court. A copy of the appearance form must be sent to the party listed below and any other party who has filed an appearance in this matter. |
| December 15, 2012 | Edward Reilly, Warden must file a plea, answer, demurrer or other response with this Court. A copy of the plea, answer, demurrer or other response must be sent to the party listed below and any other party who has filed an appearance in this matter. |

**Notice to Edward Reilly, Warden:** If you do not comply with these requirements, you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:
Dominic S. Ali                    Northern Correctional Faciltiy #81829
                                  138 East Milan Road
                                  Berlin NH  03570

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

                                                BY ORDER OF THE COURT
October 16, 2012                                David P. Carlson
                                                Clerk of Court

(463)