```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

Dominic S. Ali

   v.                                    Civil No. 12-cv-185-JL

Edward Reilly, Warden,
Northern New Hampshire
Correctional Facility

**O R D E R**

    Before the court is pro se petitioner Dominic S. Ali's petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254.  The matter is before the court for preliminary review to determine whether or not the claims raised in the petition are facially valid and may proceed.  See Rule 4 of the Rules Governing Section 2254 cases in the United States District Courts ("§ 2254 Rules").

    For reasons set forth in the report and recommendation issued this date, and the May 2, 2013, report and recommendation (doc. no. 17), the petition shall be served upon Northern New Hampshire Correctional Facility Warden Edward Reilly, who shall file an answer or other response to the allegations made therein.  See § 2254 Rule 4.  The clerk's office is directed to serve the New Hampshire Office of the Attorney General, as provided in the Agreement on Acceptance of Service, an

electronic copy of: this order; the report and recommendation issued this date; the May 2, 2013, report and recommendation (doc. no. 17); and the petition and addenda thereto (doc. nos. 1, 8, 12, 14-15, 18 and 23).

The Warden shall answer or otherwise plead within thirty (30) days of the date of this Order. The answer shall comply with the requirements of § 2254 Rule 5 (setting forth contents of the answer).

Upon receipt of the response, the court will determine whether a hearing is warranted. See § 2254 Rule 8 (providing circumstances under which a hearing is appropriate).

Petitioner is referred to Fed. R. Civ. P. 5, which requires that every pleading, written motion, notice, and similar paper, after the petition, shall be served on all parties. Such service is to be made by mailing the material to the parties' attorney(s).

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

May 20, 2013

cc: Dominic S. Ali, pro se

LBM:nmd