(A 1)

# The State of New Hampshire

**JUDICIAL BRANCH**

PNO ___2160040046___

## DOMESTIC VIOLENCE
## TEMPORARY ORDER AND NOTICE OF HEARING
### PURSUANT TO RSA 173-B

___Hillsborough___ County        **IN THE MATTER OF**      ___Superior___ Court

___04-M-440___ Case/Docket No.

___Loretta D. LeeRoy___ v. ___Dominic Ali___
(Plaintiff's Name)                            (Defendant's Name)

**Relationship to Defendant**
- [ ] married
- [ ] separated
- [ ] divorced
- [ ] cohabit/cohabited
- [ ] child in common
- [ ] household member
- [ ] other _____

___264 Cedar Street___
(Street Address)

___Manchester, NH 03103___
(City, State, Zip)

___Unknown___
(SSN)

The Court, having jurisdiction over the parties and subject matter under New Hampshire RSA 173-B (Protection of Persons from Domestic Violence), and having considered the Plaintiff's Domestic Violence Petition dated ___3-29-04___, hereby finds that the Plaintiff is in immediate and present danger of abuse as defined in RSA 173-B and makes the following **TEMPORARY ORDERS OF PROTECTION:**

1. [X] The Defendant shall not abuse the Plaintiff.
2. [X] The Defendant shall not have any contact with the Plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the Court.
3. [X] The Defendant shall not enter the premises and curtilage where the Plaintiff resides, ~~except when the Defendant is accompanied by a peace officer and, upon reasonable notice to the Plaintiff, is allowed entry by the Plaintiff for the sole purpose of retrieving toiletries, medication, clothing, business equipment, and any other items as determined by the Court:~~ _____.
4. [X] The Defendant shall not contact the Plaintiff at or enter upon Plaintiff's place of employment, school, or _____.
5. [X] The Defendant shall not abuse Plaintiff's relatives (including children) regardless of their place of residence, or members of the Plaintiff's household.
6. [X] The Defendant shall not take, convert or damage any property in which the Plaintiff has a legal or an equitable interest.
7. [ ] The Plaintiff is awarded custody of the minor child(ren); the Defendant may exercise the following visitation: _____
_____
_____
8. [X] The Defendant shall relinquish to a peace officer all firearms and ammunition in his/her control, ownership or possession, and the Defendant is prohibited from purchasing or obtaining any firearms or ammunition during the pendency of this order.
9. [ ] The Defendant shall also relinquish all deadly weapons as defined in RSA 625:11,V which may have been used, intended to be used, threatened to be used or could be used in an incident of abuse. These weapons may include the following: _____
10. [ ] Other protective orders: _____
_____

**FURTHER ORDERS:**

11. [ ] Use of Vehicle: _____
12. [ ] Other: _____

___3-29-04___
(Date)

___603 669-7410___
(Telephone Number of Court)

___/s/ C.A. Conboy___
(Signature of Judge / ~~Master Recommendation~~)

(Signature of Judge Approving Master's Recommendation)
___Carol Ann Conboy___
(Print / Type Name of Judge)

**RECEIVED**
**APR 26 2013**
**MANCHESTER DISTRICT COURT**

THESE ORDERS ARE EFFECTIVE IMMEDIATELY AND REMAIN IN EFFECT UNTIL FINAL ORDERS ARE MADE BY THE COURT. ANY WILLFUL VIOLATION OF THE PROTECTIVE PROVISIONS OF THESE ORDERS IS A CRIME AS WELL AS CONTEMPT OF COURT. VIOLATIONS SHALL RESULT IN ARREST AND MAY RESULT IN IMPRISONMENT. <u>ALL FUTURE NOTICES AND ORDERS SHALL BE MAILED. BOTH PARTIES MUST KEEP THE COURT INFORMED OF CURRENT ADDRESSES.</u>

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

A hearing on this case will be held at the above Court on ___4/8/04___ (date) at ___1:30___ ~~a.m.~~/p.m. The Plaintiff and Defendant are summoned to appear at the hearing. The Court will hear testimony from both parties. FINAL ORDERS may be issued at that time

___March 29, 2004___
(Date)

_____
(Clerk/Coordinator)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE TO DEFENDANT

PURSUANT TO RSA 173-B:6, you have a right to a hearing on these temporary orders within five business days, but not earlier than three business days, after you file a written request with the Court. Unless you request this hearing in writing, the case will be heard on the date shown above.

251-248 (12/99)     COPY DISTRIBUTION: [ ] PLAINTIFF    [ ] DEFENDANT    [ ] LAW ENFORCEMENT    [ ] OTHER _____

(A 2)

# The State of New Hampshire

JUDICIAL BRANCH  
**DOMESTIC VIOLENCE FINAL ORDER**  
**PURSUANT TO RSA 173-B**

P.NO __2160040046__

__Hillsborough__ County

**IN THE MATTER OF**

__Superior__ Court  
__04-M-440__ Case/Docket No.

__Loretta D. LeeRoy__ v. __Dominic Ali__  
(Plaintiff's Name)                (Defendant's Name)

__264 Cedar Street__  
(Street Address)

__Manchester, NH   03103__  
(City, State, Zip)

__unknown__  
(SSN)

**RELATIONSHIP to DEFENDANT**
- [ ] married
- [ ] separated
- [ ] divorced
- [ ] cohabit/cohabited
- [ ] child in common
- [ ] household member
- [ ] other _____

The Court, having jurisdiction over the parties and subject matter under New Hampshire RSA 173-B (Protection of Persons from Domestic Violence), having considered the Plaintiff's Domestic Violence Petition and having conducted a hearing on __4-8-04__, of which the Defendant received actual notice, and was ___ / was not _X_ present, hereby finds that:

☐ The Plaintiff has NOT been abused: CASE DISMISSED.

☒ The Plaintiff has been abused as defined in RSA 173-B, and finds and makes the following final orders:

**PROTECTIVE ORDERS:**

1. ☒ The Defendant shall not abuse the Plaintiff.

2. ☒ The Defendant shall not have any contact with the Plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the Court.

3. ☒ The Plaintiff shall have exclusive use and possession of the parties' residence unless Paragraph 12 is checked.

4. ☒ The Defendant shall not enter the premises and curtilage where the Plaintiff resides, except when the Defendant is accompanied by a peace officer and, upon reasonable notice to the Plaintiff, is allowed entry by the Plaintiff for the sole purpose of retrieving toiletries, medication, clothing, business equipment, and any other items as determined by the Court: _____

5. ☒ The Defendant shall not contact the Plaintiff at or enter upon Plaintiff's place of employment or school, or as further specified herein:

6. ☒ The Defendant is restrained from abusing Plaintiff's household members, or Plaintiff's relatives (regardless of their place of residence), and engaging in any other conduct which would place the Plaintiff in reasonable fear of bodily injury to the Plaintiff or the Plaintiff's household members or relatives.

7. ☒ The Defendant shall not use, attempt to use or threaten to use physical force against the Plaintiff or the parties' child(ren) which would reasonably be expected to cause bodily injury.

8. ☒ The Defendant shall not take, convert or damage any property in which the Plaintiff has a legal or an equitable interest.

9. ☒ The Defendant shall relinquish to a peace officer all firearms and ammunition in his/her control, ownership or possession, and the Defendant is prohibited from purchasing or obtaining any firearms or ammunition during the pendency of this order.

10. ☐ The Defendant shall also relinquish all deadly weapons as defined in RSA 625:11,V which may have been used, intended to be used, threatened to be used, or could be used in an incident of abuse. These weapons may include the following: _____

11. ☐ Other protective orders: _____

**RECEIVED**  
APR 26 2013  
MANCHESTER DISTRICT COURT

A TRUE COPY  
ATTEST: _John W. _____  
          Clerk

SEP 2 2004

AOC-250-248 (12/99)   COPY DISTRIBUTION: ☐ PLAINTIFF   ☐ DEFENDANT   ☐ LAW ENFORCEMENT   ☐ OTHER __RETURN__

CASE # __04-M-448__

FURTHER ORDERS:

12 ☐ The Court finds that the Defendant exclusively owns or leases and pays for the premises located at _____ and that the Defendant has no legal duty to support the Plaintiff or minor children. Therefore, the Defendant shall have exclusive access use and possession of the premises (including household furniture and furnishings) However, the Plaintiff may enter in and on said premise with a peace officer for the sole purpose of removing the Plaintiff's personal possessions

13 ☐ The Plaintiff is awarded custody of the minor child(ren)

14 ☐ Visitation of children

   ___ No visitation pending further hearing
   ___ Unsupervised
   ___ Supervised by _____
   ___ Days and times _____
   _____
   ___ Pick up/Drop off at _____
   Restrictions _____
   _____
   _____
   _____

15 ☐ The Defendant shall pay child support to the Plaintiff. (See Uniform Support Order (USO) attached.)

16 ☐ The Plaintiff shall have use of the following vehicle:
   Make _____, Model _____, Year _____

17 ☐ The Defendant shall have use of the following vehicle.
   Make _____, Model _____, Year _____

18 ☐ The Defendant shall pay to the Plaintiff the amount of $_____ for losses suffered as a direct result of the abuse and
   $_____ for attorney's fees

19 ☐ The Defendant shall attend _____ a batterer's intervention program and/or _____ personal counseling, for a period of _____ months/year.
   The Defendant shall provide proof of attendance to the Court at monthly intervals

20 ☐ Other _____
   _____
   _____

__4-8-04__
(Date)

**RECEIVED**
APR 26 2013
MANCHESTER DISTRICT COURT

__603-669-7410__
(Telephone Number of Court)

(Signature of Judge / ~~Master Rubenmen-Johnson~~)

(Signature of Judge Approving Master's Recommendation)

PHILIP P. MANGONES
PRESIDING JUSTICE
(Print/Type Name of Judge)

THESE ORDERS ARE EFFECTIVE IMMEDIATELY AND REMAIN IN EFFECT FOR ONE YEAR. THE ORDERS MAY BE EXTENDED BY ORDER OF THE COURT UPON MOTION BY THE PLAINTIFF SHOWING GOOD CAUSE, WITH NOTICE TO THE DEFENDANT. BOTH PARTIES SHALL ENSURE THAT THE COURT HAS A CURRENT ADDRESS DURING THE PENDENCY OF THESE ORDERS

ANY WILLFUL VIOLATION OF THE PROTECTIVE PROVISIONS OF THESE ORDERS IS A CRIME AS WELL AS CONTEMPT OF COURT VIOLATIONS SHALL RESULT IN ARREST AND MAY RESULT IN IMPRISONMENT.

AOC 260-248 (12/99)   COPY DISTRIBUTION  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ LAW ENFORCEMENT   ☐ OTHER _____

/9

EX A2)

Docket # __04 0312__ TN # _____

Docket # __04-0312__

# The State of New Hampshire
## COMPLAINT

04-23835

☐ DOMESTIC VIOLENCE RELATED

☐ VIOLATION  ☒ CLASS A MISDEMEANOR  ☐ FELONY
☐ CLASS B

YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE SAID COURT AT __08:15__ O'CLOCK IN THE AM/PM ON __April, 1__ YR. __2004__

UNDER PENALTY OF LAW TO ANSWER TO A COMPLAINT CHARGING YOU WITH THE FOLLOWING OFFENSE;

TO THE __Manchester District__ COURT, COUNTY OF __Hillsborough__

7-21-0
Tr 3

**THE UNDERSIGNED COMPLAINS THAT:** PLEASE PRINT

NAME __ALI DOMINIC__ ................................

__MANCHESTER NH 03103__
      State           Zip

DOB ........ OP. LIC.# ........................

| Sex | Race | Height | Weight | Color of Hair | Color of Eyes |
|---|---|---|---|---|---|
| M | B | 600 | 230 | BLK | BRO |

☐ COMM. VEH.  ☐ COMM. DR. LIC.  ☐ HAZ. MAT.

AT __48 HENRIETTE ST MANCHESTER__ (Location)

ON THE __27__ DAY OF __March__ YR. __2004__ at __13:30__ A.M./P.M.

on/at in said county and state, did commit the offense of __Simple Assault__ ............... contrary to RSA __631:2-A__

and the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did

knowingly cause unprivileged physical contact to Loretta Leeroy when he shoved her in the chest, knocking her down and then punched her twice

against the peace and dignity of the State.

☐ SERVED IN HAND _[signature]_

Chief John A Jaskolka Badge# 1

.................... ....................
Complainant                    Dept.

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

DATE __4/1/2004__  X _Gisele McCarthy_
                              Justice of the Peace

AOC 103A-045 7/00

**COURT COPY**

(A4)

Docket # 04 03122   TN # _____

# The State of New Hampshire
## COMPLAINT

[x] DOMESTIC VIOLENCE RELATED    04-23835

[ ] VIOLATION    [x] CLASS A MISDEMEANOR    [ ] FELONY
                 [ ] CLASS B

Docket # 04-03122

YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE SAID COURT AT 08:15 O'CLOCK IN THE AM/PM ON April, 1, YR. 2004 UNDER PENALTY OF LAW TO ANSWER TO A COMPLAINT CHARGING YOU WITH THE FOLLOWING OFFENSE:
TO THE Manchester District COURT, COUNTY OF Hillsborough

7-21-04
Tr 301

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

NAME ALI, DOMINIC
.................................................
        First Name                    MI
MANCHESTER NH 03103
.................................................
        State                          Zip

DOB .......... OP. LIC.# .............................

| Sex | Race | Height | Weight | Color of Hair | Color of Eyes |
|-----|------|--------|--------|---------------|---------------|
| M   | B    | ~~600~~ | ~~230~~ | WRITE OUT ~~BLK~~ | BRO |

[ ] COMM. VEH.    [ ] COMM. DR. LIC.    [ ] HAZ. MAT.

AT 48 HENRIETTE ST  MANCHESTER
                    (Location)
ON THE 27 DAY OF March YR. 2004 at 13:30 A.M./P.M.

on/at in said county and state, did commit the offense of ............
Stalking - Appear                              633:3-a
............................... contrary to RSA ............

and the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did

knoiwngly engage in a course of conduct targeted at Loretta Leeroy which he knew would place her in fear for her personal safety when he was parked in front of her home as she returned from work at 0030hrs on 03-29-04, was parked out front again at 0010hrs on 03-30-04 and war parked in front of her home for the third time on 03-31-04 at 2349 hrs

against the peace and dignity of the State.

[ ] SERVED IN HAND  _signature_
Chief John A Jaskolka Badge# 1

.................................................    ..........
Complainant                                           Dept.

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

DATE 4/1/2004   _signature_

**RECEIVED**

APR 26 2013

MANCHESTER DISTRICT COURT

Docket# 04 1513  TN# _____     (A5)

# State of New Hampshire
## COMPLAINT

Docket#  _____

XX DOMESTIC VIOLENCE RELATED

☐ VIOLATION    XX CLASS A  MISDEMEANOR    ☐ FELONY
               ☐ CLASS B

YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE SAID COURT AT _____ O'CLOCK IN THE AM/PM ON _____ YR ___ UNDER PENALTY OF LAW TO ANSWER TO A COMPLAINT CHARGING YOU WITH THE FOLLOWING OFFENSE TO THE Goffstown D. COURT, COUNTY OF Hillsborough

**THE UNDERSIGNED COMPLAINS THAT:** PLEASE PRINT

NAME  Ali ............. Dominic .............
         First Name                MI
      Manchester, NH .......... 03103
                  State              Zip
      01AID85011

| Sex | Race | Height | Weight | Color Hair | Color Eyes |
|-----|------|--------|--------|------------|------------|
| M   | B    | 605    | 200    | Black      | Brown      |

☐ COMM. VEH.    ☐ COMM. DR. LIC    ☐ HAZ. MAT

AT New Boston ................. (Location)
ON THE 29 DAY OF August .......... YR 04 at 3:50 P.M

on/at in said county and state, did commit the offense of Violation of Protective Order ............. contrary to RSA 173-B:9 and the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did Knowingly violate a " Domestic Violence Final Order", issued pursuant to RSA 173-B case/docket # 04-M-440 on 4/8/04 by the Superior Court - Hillsborough County by having contact with the Defendant, Loretta Leeroy by telephone through a third party, Randy Boggess

(Enhanced penalty under RSA 597:14-b)

against the peace and dignity of the State

☐ SERVED IN HAND

_____          New Boston
Complainant                     Dept

Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true

DATE 8-30-04  _____  _____
                                Justice of the Peace

AOC-103.045 REV 7/00        COURT COPY

A True Copy Attest:
Goffstown District Court
by _____

**RECEIVED**
APR 26 2013
MANCHESTER DISTRICT COURT

MPD CASE # 04-23835

# State of New Hampshire

## Supporting Affidavit for Arrest W/O Warrant

Hillsborough County                                       Manchester District Court

I Ofc. Kim Flynn being duly sworn, depose and say:

1. I have arrested:

   Dominic Ali                                            Manchester NH

2. I have information that a crime (or offense) has been committed by the defendant as follows:
   In violation of RSA 633:3-a Stalking and RSA 631:2-a Simple Assault (Domestic)

On 04/01/04 at approx. 0033 hrs. while assigned to Unit 1-2. I was dispatched to the area of St. Mary's Bank McGregor Square in regards to an unwanted party.

Upon my arrival I spoke with the victim ████████ 09/03/85. She advised that upon returning to her residence she found that her ex-boyfriend Dominic Ali 01/01/85 was parked in his vehicle in front of her address. I then went and checked the area and found that the subject had left the area.

Upon speaking further with the victim she advised. That on 03█████ that she had █████ up with Dominic and they had gotten into argument, and he had assaulted her. She also advised that ever since that date that she has observed Dominic driving ███████████████████. She went onto advised that on 03/29/04 at approx. 0030 when she returned home from work. She found Dominic parked in his vehicle in ███████████. She also advised that on 03/30/04 at approx. 0010 hrs. she again found Dominic parked in his vehicle on Henriette St. in ███████████. She advised that 03/31/04 at 2349 hrs. That she again found Dominic in his vehicle parked in front of her address. The victim advised that she is in fear of Dominic since he assaulted on 03/28/04. She also advised that she has taken a DVP on the subject. It was found that the DVP had not been served yet.

At 0150 hrs. Dominic Ali 01/01/85 was located at his residence 335 Cedar St. The subject was then placed under arrest for Stalking.

Upon returning to the station I reviewed the Assault report that the victim had given to Ofc. Barbee. She reported that on 03█████ at approx. 1█████ rs. that Dominic had come to her apartment at 48 Henirette St. to get some belongings. While he was there he wanted to talk about their ending their relationship. The victim advised that she agreed to go out to dinner with Ali. She then went to take a shower. After getting out of the shower she found that she had $50.00 missing. She then advised that her boss then called her and wanted her to come to work. When Dominic heard this he became enraged. He then hung up the phone and then sh██████████████████████████████████████. The victim the advised that Dominic then pu██████████████████████████████████████ from being punched in the arms by Dominic Ali.

Based on the above information Dominic Ali 01/01/85 was arrested for the above stated offenses.

_____
(Signature)

Then personally appeared the above named Ofc. Kim Flynn
and made oath that the foregoing affidavit by him is true.

                                          Before me on this 1st day of April, 2004

                                          _____
                                          (Justice of the Peace)

MPD FORM 120 (1/6/98)

(A7)

# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2013-0155, <u>Dominic S. Ali v. Warden, Northern New Hampshire Correctional Facility</u>, Justice Carol Ann Conboy on May 31, 2013, issued the following order:**

Justice Carol Ann Conboy has recused herself from participating in this case. Consequently, the motion for her recusal is moot, and no ruling is made on the grounds set forth in the motion.

This order is entered by Justice Conboy pursuant to Rule 21A.

**Eileen Fox,
Clerk**

Distribution:
Mr. Dominic Ali
Attorney General
File

MPD CASE # 08-2310

(A 8)

# State of New Hampshire

## Supporting Affidavit for Arrest W/O Warrant

Hillsborough County                                         Manchester District Court

I Lieutenant Robert Cunha being duly sworn, depose and say:

1. That the Manchester Police Department has arrested:

Dominic Ali                                                              Manchester, NH

2. I have information that a crime (or offense) has been committed by the defendant as follows:

3. That the Defendant, Dominic Ali was arrested on February 4, 2008 by Officer McKenney of the Manchester Police Department and charged with the Domestic Violence Related crimes of Simple Assault, False Imprisonment (2-counts) and Obstructing the Report of a Crime (2-counts). Officer McKenney charged all of these as misdemeanor offenses and has filed a Supporting Affidavit for the Arrest w/o a Warrant.

4. That I reviewed the Defendant's criminal record and discovered that he has a conviction for the Violation of a Protective Order contrary to RSA 173-B:9 on 09/28/2004 out of the Goffstown District Court.

5. That pursuant to RSA 173-B:9, I upgraded the "abuse" related offenses (Simple Assault and 2 counts of False Imprisonment) to Felonies.

_____
(Signature)

Then personally appeared the above named Lieutenant Robert Cunha and made oath that the foregoing affidavit by him is true

Before me on this 4th day of February, 2008

_____
(Justice of the Peace)

MPD FORM 120 (1/6/98)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

(A9)

**DOMESTIC VIOLENCE**

**FINAL ORDER OF PROTECTION**

Case Number: 08-DV-053
PNO Number: 4560081053
Court: Manchester District Court
Court ORI: NH006061J
County: Hillsborough
Address: 35 Amherst Street - PO Box 456
Manchester, NH 03105

## PLAINTIFF

| First | Middle | Last |
|---|---|---|
| Sara | Rose | Nagy |

V.

## PLAINTIFF IDENTIFIERS

| Date of Birth | Sex | Race |
|---|---|---|
|  | ☐ M ☒ F | white |

## DEFENDANT

| First | Middle | Last |
|---|---|---|
| Dominic |  | Ali |

**DEFENDANT'S ADDRESS:**
c/o Valley St. Jail   445 Willow St.
Manchester, NH

## DEFENDANT IDENTIFIERS

| DOB |  | HEIGHT | 6'2" |
|---|---|---|---|
| SEX | male | WEIGHT | 280 |
| RACE | black | EYES | brown |
| State/Birth |  | HAIR | brown |

## RELATIONSHIP to PLAINTIFF

- ☐ Married
- ☐ Divorced
- ☐ Separated
- ☐ Cohabit / cohabited
- ☐ Child in common
- ☐ Household member
- ☒ Other Ex-Boyfriend

## CAUTION

- ☐ Brady qualified
- ☐ Weapon involved
- ☐ Weapon is ordered to be relinquished pursuant to New Hampshire state law RSA 173-B

## DISTINGUISHING FEATURES:

SKIN TONE: dark
SCARS, MARKS, TATTOOS:
Location and description

DRIVER'S LICENSE#:
STATE    EXP DATE

**VEHICLE INFO:**
YEAR    STYLE
MAKE    COLOR
MODEL
VIN #

**WARNING:** The attached order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and any U.S. Territory, and may be enforced on Tribal Lands (18 U.S.C. section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. section 2262). Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C. Section 922(g)(8)).

**The court has found as evidenced by this order:**
That it has jurisdiction over the parties and subject matter, and the defendant has been provided with actual notice and opportunity to be heard.

**This Order of Protection is in effect from** [        ] **to** [        ] **for the plaintiff above.**

- ☐ The above named defendant is restrained from committing further acts of abuse or threats of abuse.
- ☐ The above named defendant shall not have any contact with the plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the court. The defendant is prohibited from coming within _____ ☐ feet
  ☐ yards of the plaintiff.

Case Name: <u>Nagy v Ali</u>

Case Number: <u>08-DV-053</u>       PNO: <u>4560081053</u>

**DOMESTIC VIOLENCE FINAL ORDER**

The court, having jurisdiction over the parties and subject matter under New Hampshire RSA 173-B (Protection of Persons from Domestic Violence), having considered the plaintiff's Domestic Violence Petition and having conducted a hearing on <u>3/19/2008</u>, of which the defendant received actual notice, and was ☐ / was not ☐ present, hereby finds that:

☐ The plaintiff has NOT been abused: CASE DISMISSED.

☒ The plaintiff failed to appear: CASE DISMISSED.   The defendant:  ☒ appeared   ☐ failed to appear

☐ The plaintiff has been abused as defined in RSA 173-B. The court therefore makes the following orders: the defendant represents a credible threat to the physical safety of the plaintiff. The defendant shall relinquish to a peace officer all firearms and ammunition in his/her control, ownership or possession, or in the possession of any other person holding them on behalf of the defendant and the defendant is prohibited from purchasing or possessing any firearms or ammunition during the pendency of this order. The defendant shall also relinquish all deadly weapons as defined in RSA 625:11,V which may have been used, intended to be used, threatened to be used, or could be used incident to the abuse. The weapons may include the following _____

**PROTECTIVE ORDERS:**

1. ☐ The defendant shall not abuse the plaintiff.

2. ☐ The defendant shall not have any contact with the plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the court. The defendant is prohibited from coming within _____ feet/yards of the plaintiff.

3. ☐ The plaintiff shall have exclusive use and possession of the parties' residence unless paragraph 10 is checked.

4. ☐ The defendant shall not enter the premises and curtilage where the plaintiff resides:
   ☐ except when the defendant is accompanied by a peace officer and, upon reasonable notice to the plaintiff, is allowed entry the plaintiff for the sole purpose of retrieving toiletries, medication, clothing, business equipment, and any other items as determined by the court:
   _____

5. ☐ The defendant shall not contact the plaintiff at or enter upon plaintiff's place of employment or school, or as further specified herein: _____

6. ☐ The defendant is restrained from abusing plaintiff's household members, or plaintiff's relatives (regardless of their place of residence), or engaging in any other conduct which would place the plaintiff in reasonable fear of bodily injury to the plaintiff or the plaintiff's household members or relatives.

7. ☐ The defendant shall not use, attempt to use or threaten to use physical force against the plaintiff or the parties' child(ren) which would reasonably be expected to cause bodily injury.

8. ☐ The defendant shall not take, convert or damage any property in which the plaintiff has a legal or an equitable interest.

9. ☐ The defendant shall also relinquish all deadly weapons as defined in RSA 625:11,V which may have been used, intended to be used, threatened to be used, or could be used incident to the abuse. The weapons may include the following _____

   **FURTHER ORDERS:**

10. ☐ The court finds that the defendant exclusively owns or leases and pays for the premises located at _____ and that the defendant has no legal duty to support the plaintiff or minor children. Therefore, the defendant shall have exclusive access, use and possession of the premises (including household furniture and furnishings). However, the plaintiff may enter in and on said premises with a peace officer for the sole purpose of removing the plaintiff's personal possessions.

11. ☐ The plaintiff is awarded custody of the minor child(ren).

Case Name: <u>Nagy v Ali</u>
Case Number: <u>08-DV-053</u>                                PNO: <u>4560081053</u>
<u>**DOMESTIC VIOLENCE FINAL ORDER**</u>

12. ☐ Visitation of children:
    ☐ See attached visitation order.
    ☐ No visitation pending further hearing.
    ☐ Unsupervised.
    ☐ Supervised by _____
    ☐ Days and times: _____

    ☐ Pick up/Drop off at: _____
    Restrictions: _____
    _____
    _____

13. ☐ The defendant shall pay child support to the plaintiff. (See Uniform Support Order (USO) attached.)
14. ☐ The plaintiff shall have use of the following vehicle:
    Make _____ Model _____ Year _____
15. ☐ The defendant shall have use of the following vehicle:
    Make _____ Model _____ Year _____
16. ☐ The defendant shall pay to the plaintiff the amount of $ _____ for losses suffered as a direct result of the abuse, and $ _____ for attorney's fees.
17. ☐ The defendant is directed to attend: ☐ a batterer's intervention program and/or ☐ personal counseling for a period of _____ months/year.
    The defendant shall provide proof of attendance to the court at monthly intervals.
18. ☐ The defendant shall relinquish all concealed weapons permits and hunting licenses.
19. ☐ Other _____
    _____

<u>3/19/08</u>                                               <u>/s/ Mark Weaver</u>
Date                                                        Signature of Judge / Master Recommendation

                                                            Print / Type Name of Master

Date                                                        Signature of Judge Approving Master's Recommendation
<u>603-624-6510</u>                                          <u>Mark F. Weaver</u>
Telephone Number of Court                                   Print / Type Name of Judge

**THESE ORDERS ARE EFFECTIVE IMMEDIATELY AND REMAIN IN EFFECT FOR ONE YEAR. THE ORDERS MAY BE EXTENDED BY ORDER OF THE COURT UPON MOTION BY THE PLAINTIFF, SHOWING GOOD CAUSE, WITH NOTICE TO THE DEFENDANT. BOTH PARTIES SHALL ENSURE THAT THE COURT HAS A CURRENT ADDRESS DURING THE PENDENCY OF THESE ORDERS.**

NHJB-2001-DFS (07/26/2007)                    Page 3 of 5
(formerly AOC 250-248)