# ATTORNEY GENERAL
## DEPARTMENT OF JUSTICE
33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2013 JUN 21  P 3: 53

JOSEPH A FOSTER
ATTORNEY GENERAL

ANN M RICE
DEPUTY ATTORNEY GENERAL



June 21, 2013

Clerk of Court
United States District Court
  for the District of New Hampshire
55 Pleasant Street
Concord, NH  03301

      RE:    <u>Dominic Ali v. Warden, New Hampshire State Prison</u>
                No. 12-cv-185-JL

Dear Clerk:

      Enclosed for conventional filing please find the following exhibits to Respondent's Answer to the Petition for a Writ of Habeas Corpus:

1. Exhibit A (Notice of Mandatory Appeal)
2. Exhibit B (Defendant's Brief and Appendix)
3. Exhibit C (State's Brief)
4. Exhibit D (Order dated December 13, 2010 affirmed in part and vacated in part)

      Also enclosed are (3) transcripts dated August 27, 2008, September 25, 2008 and September 26, 2008.  Please call if you have any questions or concerns.

                                  Sincerely,

                                    Elizabeth C. Woodcock
                                    Assistant Attorney General
                                    Criminal Justice Bureau
                                    (603) 271-3671

ECW/mmp
Enclosures
916195