Dominic Ali
138 E Milan Rd
Berlin, NH 03570

2013

U.S. District Court
   Clerk office
55 Pleasant St Room 110
Concord, NH 03301

Case NO 1:12-cv-00185-
             -JL-

Dear Mr. clerk;

In my motion I object to the State requests for more time. This Jst another way the respondent tactical confusion. I have all the copies the respondent talking about that incould, the transcrip of this case, Notice of appeal is already in this hands, and the "NHSC" decision. 2009 0140. Within a week or so, I would try to filed these document with this court. The respondent is asking for sixty days when I'm the one whos doing this time. This is the games that the State been playing with me. The state had no Ida that I will challenge my conviction. I hope the court would see throw these prejudice acts by the respondent from the start of this case when I file the transcrip later

1 of 1

this week.

    if you have any Question, Please write me at any time.

*[signature]*

6/24/13