12 cv 185-JL

Dominic Ali 81829
138 E Milan Rd
Berlin, NH 03570

U.S.D.C.
Office of the Clerk
55 Pleasant St, Room 110
Concord, NH 03301

July 1, 2013

Dear Mr. Clerk,

The State Keeps filing document state that I was tried by Judge (G. Abramson) Superior Court Justice. Please be advised, that Justice Gillian L. Abramson was only on the proceeding for motion to dismiss indictment. I was tried and sentence by the Honorable Court (Berry James) Superior Court Justice in Sept 25, 26, 2008 and sentence on Feb 2, 2009. And he was a man. I have the trial transcript with her name as a the trial Judge. Just in case, if this case been sent back to the lower court, I would have issues with that as a setting Judge to hear my case.

If you have any question, please write me back at any time.