Dominic Ali 81329
138 East Milan Rd
Berlin, NH 03570

DISTRICT COURT
DISTRICT OF N.H.
FILED
2013 JUL 18 A 11:36

U.S.D.C.
Office of the clerk
55 Pleasant St.
Concord, NH 03301

Dear Mr. clerk;

    I'm providing you with all copies that I have for this case of the motion to withdraw Nolo contendere, and conviction in 2004 I was never allowed in court to bring this issue to light. Even my counsel tried hard not to bring this issue from the ground up. As I said, the trial court denied pre-trial motion just to keep this issue off the table, and this issue out me up every night knowing that my attorney just lied to me about something that so serous, and so happy that this issue now in the hand of this Honorable Court. This Honorable showed me that their is faith in the Justice system. I was given a chance to prove

my case over and over and I thank this honorable Court for that.

One issue I want to bring to this eyes is that, I filed a motion I should say the Notice of appeal, Mandatory appeal with the "N.H.S.C" even thou the Supreme Court never gave me an appeal, under doc 00178. The Court ask me to filed a discretionary appeal and gave an option to file extra copies. I decided to file extra copies because the Court never gave a mandatory in the first place under this doc as a Constitutional Right. Deed in side I know the Court would deny or try to deny this case any way with those document is every Court decision.

I hope this Court would issue a ruling in this case as is this honorable Court doesn just. This is an eye opener for me for life. I came a long way to know how to communicate with Court by the legal way. its sad that there is people in here who still feels the same way I was 5-5 years ago. its a ware house out here. Just to let you know that

2 of 2

Mr. Clark, I come from a place with Sharia Law, were hands will be cut off for stealing a candy. is the principle that count. Taking something not yours. This been an educational time for me, and I thank God for keeping sane all this time.

If you have any Question please write me at anytime. Thank you -

[signature]

7/12/13