UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Dominic Ali, Petitioner

v.

Warden, Northern New Hampshire
    Correctional Facility,
    Respondent

Docket No.  1:12-cv-00185

**RESPONDENT'S MOTION TO EXCEED PAGE LIMIT
FOR SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Warden of the New Hampshire State Prison, the respondent in this matter, by and through counsel, the Attorney General of the State of New Hampshire, and says:

1.      According to Local Rule 7.1(a)(3), the memorandum in support of the motion for summary judgment should be no longer than 25 pages.

2.      Because the petitioner has raised numerous claims in this matter, which the Court wishes addressed on the merits, the respondent cannot reasonably address the issues without exceeding the page limit imposed by the Local Rule.

3.      The respondent asks this Court to permit the respondent to file a

memorandum not to exceed 35 pages.

                             Respectfully Submitted,

                             Warden, Northern New Hampshire Correctional
Facilty, Respondent.

                             By his attorneys,

                             Joseph A. Foster
Attorney General

                             */s/ Elizabeth C. Woodcock*
Elizabeth C. Woodcock
N.H. Bar No.: 18837
Assistant Attorney General
Criminal Justice Bureau
33 Capitol Street
Concord, NH  03301-6397
Phone: (603) 271-3671
August 21, 2013             Elizabeth.Woodcock@doj.nh.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the petitioner, who is *pro se*, by conventional means by sending one copy of the within motion to the petitioner by first-class mail postage prepaid, at the following address: Dominic S. Ali, #81829, Northern New Hampshire Correctional Facility, 138 East Milan Road, Berlin, NH  03570

     .                               */s/ Elizabeth C. Woodcock*
                                Elizabeth C. Woodcock