UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Dominic Ali, ,<br>    Petitioner,<br><br>v.<br><br>Warden, Northern New Hampshire<br>    Correctional Facility,<br>    Respondent | No. 1:12-cv-00185-JL |

### RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Respondent, by and through counsel, the Attorney General of the State of New Hampshire, pursuant to Rule 56(b) of the Federal Rules of Criminal Procedure and Local Rule 7.4, and, for the reasons set forth in the accompanying memorandum of law, respectfully moves this Honorable Court for summary judgment denying the petition for a writ of habeas corpus.

    Respectfully Submitted,

    Warden, Northern New Hampshire
    Correctional Facility, Respondent.

    By his attorneys,

    Joseph A. Foster
    Attorney General

    */s/ Elizabeth C. Woodcock*
    N.H. Bar # 18837
    Assistant Attorney General
    Criminal Justice Bureau
    33 Capitol Street
    Concord, NH  03301-6397
    Phone: (603) 271-3671
August 21, 2013    Elizabeth.Woodcock@doj.nh.gov

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have served the petitioner, who is *pro se*, by conventional means by sending one copy of the within motion to the petitioner by first-class mail postage prepaid, at the following address: Dominic S. Ali, #81829, Northern New Hampshire Correctional Facility, 138 East Milan Road, Berlin, NH 03570

*s/ Elizabeth C. Woodcock*