Dominic Ali 81829

138 East Milan Rd

Berlin, NH 035 70

U.S.D.C.

2013 AUG 30 A 11:16

8/24/2013

Office of the clerk

55 pleasant St Room 110

Concord, NH 03301

12CV185-JL

Dear Mr. clerk;

I was Just received the defendant motion to extend time by two days and all the excuses that have nothing to do with me been lock up for the last five years and seven months and which I object to and the defendant cross-motion fo-summary Judgment that nor less then missed leading this honorable Court in making its decision.

With the issues of extention of time plans let me know when the Court will rule in this Case, like I states, this nothing but confusion and harasment by the State.

With respect to the muslim services and other issues with that case. I don't kno, how many times that requests slips and grievance forms I ask for or writen to

the NCF stuff or the Warden never came back with answers or respond to my issues to the warden or any body in this Facility. Their is no administrative procedure for dealing with inmate grievance or "IRS", that dont meen nothing in this place. its non since. Just like any denial and excuses they made to this court and one of them is my Exhibit I filed with this Court on 7/24/2013. motion for summary Judgment.

Just three weeks and a half a go. I had issues with our food. I put in requests slips asking for (4) grievance forms. On 8/1/2013. I never got the grievance forms. And neither they did put that as an Exhibit with the State defendant cross-motion to Summary Judgment. Iam sending you the orginal copy of that request slips that I wrote to the Warden. Some how, the Warden don't respond to my issues but let the Kitchen Stuff do. Inmates # 82828 # 76520 # 84674, they all states that the stuff never talk about their food could be replaced and what ever they said was a lie. This is a non sinse and I pray that this court grant my motion for summary Judgment as a matter of Law. Request Slips and grievance forms

8/27/2013

Domingo Ali # 87869
138 E Milan Rd
Berlin N H 03570

never come back to inmates is not the big issues. They respon to my regust slip or grievance form when the NCF need t. they put my regust slip "RS" in the trac so they don't have to respond to my issues. Their excuses "oh" you losted in the mail. Housing mail. My time spent in prison for 5 years, Any body could stick their hand in the Housing mail box and take what ever they like, it happend everyday out here.

If you have any Question, Please writ back as you can.

Keep up the good work

[signature]

Received 8/5/13

# INMATE REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

FILED

**TO: Unit Supervisor, Security Lieutenant, CC/CM**

2013 AUG 30  **DATE:** 8/1/2013

**FROM:** _Ali_ _Dominic_ _SO_    **ID #:** 81824
     Last Name      First Name      Middle Initial

_NCF_    _B_    _SO_
Facility      Housing Unit      Cell      Work/Shift

**INMATE REQUEST:** Dear Mr. Warden, Just today I and other Muslim inmates had an issue with our Ramadan food. The kitchen gave us process turky meat that was spoil wifes bad smell to it. This not the first time we had this problem with our food. We spoke to Captial Pike about this issue. So my understanding that Mr. pike smell ster muslim food up stairs and determine that the food is ok, either we the one with the bad food in B block. He advise me that I don't throw the food away in unit cell Just befor 5:00 count time. I Just don't understand why my food was not seen, investigated to determine the problem. This an issue of life or death here, see attachment (1)

(If you need more space, use plain paper.)

_[signature]_
**Inmate Signature**

**TO:** ~~Robert Brenna~~ _Warden_    **DATE:** _____

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**    for to J. Pelletier, Kitchen supervisor for direct handling

**REMARKS:** _____

_[signature]_
8/7/13

**Staff Signature**

***********************************************************************

**FROM:** _Pelletier NCF Kitchen Supervisor_    **DATE:** _08-08-13_
     Staff Member Name/Office

**REMARKS:** _Please See Attached Responce (1 page)_

_[signature]_
**Staff Signature**

**Received By** _____
**Inmate Signature**

White - Offender Records Office      Yellow - Inmate      Pink - Staff      SP-014 (a) Rev. 11/06

Attachement (1) to the (Warden) Complain.

There for, smelling one inmate food
does not determine that all meals or
Suffe to eat. Sine each was put in one
role rap with plastic arounded. Their is
Six inmates in B-block, each complaine
about the something, "The meal is spoil", they
advise me not to eated. I need to file
a grievance against, Chief Vael, Chief
Joe, Chief Sowal and Capra) Pilce.
for not inespecting or Muslim inmate food
befor services. One grievance per person - ④
    Also, I need copy of a y outgoing
legal mail and incoming once. Since I
don't trust the mail room - from daaway
to duly.
    B-Block      Thank you
    Dominiz    ④/⑤ 81829



    8/1/2013

# STATE OF NEW HAMPSHIRE

## DEPARTMENT OF CORRECTIONS

## NORTHERN NH CORRECTIONAL FACILITY

**138 EAST MILAN ROAD**
**BERLIN, NH 03570**

William L. Wrenn
Commissioner

Edward Reilly
Warden

### Intra-Department Memorandum

| | | | |
|---|---|---|---|
| FROM: | **Joe Pelletier, NCF Kitchen Supervisor I** | DATE: | **August 06, 2013** |
| SUBJECT: | **Ramadan Bag Lunch / Meat** | AT (OFFICE) | **NCF** |
| TO: | **Edward Reilly, NCF Warden** | PHONE: | **0369** |

The meals in question were prepared that morning, (8/01/2013), by inmate Higgins. At the same time transport feeds were made from the same batch of turkey meat.

That evening, the meals (bags) were handed out to all of the inmates observing Ramadan. From what I understand in speaking with Cpl Pike, some of these inmates had a concern with their meals given to them, specifically the turkey within the bag lunch.

Cpl Pike advised me that Co. Bilodeau checked one of these meals, by smell, and determined that it was ok. This meal belonged to inmate Crespo, Marcial #82828. Cpl Pike advised the inmates to bring their meals to the housing office after count in order to be checked and replaced if needed. Cpl. Pike also advised the chef on duty at that time, Chef Vaillancourt, to check the one Ramadan meal still in the kitchen. This meal belonged to inmate Bickham, Brian #76520. Chef Vaillancourt determined that the meal was ok. From what I was told, by Cpl Pike, none of the inmates reported to the housing office with their meals.

The next morning, Friday (8/02/2013), inmate Brown, Keyonn #84674 reported to work in the kitchen and had his sandwich meat from the night before with him. He asked Chef Moore to check it. Chef Moore did and stated that it was ok.

Today, (8/06/2013) inmate Higgins, Jack # was breaking down some transport meals that had not been used and were prepared at the same time as the meals in question. I opened one of these, with turkey meat, I smelled and tasted the meat. This is now 5 days later, the meat at this point did have a slight smell and slight offensive taste, however _was_ edible. This meat was discarded.

It is the practice of NCF kitchen that any time there is any meal / item that is questionable (as in quality of freshness or dietary concerns) the meal / item will be checked and an alternative will be offered if warranted. Be advised that this can occasionally happen and is never done maliciously. Inmate Crespo, Marcial did advise a staff member (Co Bilodeau). However, he nor any others, reported to the housing office for a solution and possible replacement.

If any other information is required, please feel free to contact me.

Joe Pelletier, Supervisor I, NCF Kitchen

807-13

(COPY - FOR I/M ALI, DOMINIC #81839)