12-CV-185-JL

Dominic Ali 81829
138 East Milan Rd
Berlin, NH 03570

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2013 SEP -4 P 2:51

U.S.D.C
Office of the Clerk
55 Pleasant St. Room 110
Concord, NH 03301

8/29/2013

Dear Mr. Clerk;

I just got the respondent motion for Summary Judgment this Day 21/8/2013. that I want to correct some facts that the state seem runing away from it or just don't wants to state the fact like always and some issues with the statement made during trial in 2008.

1) I was tried convicted and sentence by James Bury September 25, 26, 2008. Judge (Abramson J.) only preside on the motion to dismiss indictment that was prejudice.

2) On Feb 15, 2011, the trial court (Paul H. Lawrence) of the District Court of Goffstown heard testimony for the motion to witdraw Nolo contendere plea, not Judge (Bornstein, J) of the Coos county Superior Court. see; appeal Doc No 2011-0482, State v. Ali, 7/25/2011.

Bornstein preside on the writ of habeas corpus, see; Ali v. Reilly, 214-2012-cv-178 - her the same issues but not on date.

3) Once againe, the Habeas Corpus I filed on March 8, 2011, Judge (Garfunkel J.,) Ruled on the petition despite not having legal jurisdiction over said writ. Rumsfeld v. Padilla, "542 U.S. 438" (L.ed.2d (2004) Habeas Statute strightforwardly provides that the proper respondent to a hab. is the "person who has custody over the petitioner. My place of confinment was in Merrimack county and under Richard Gerry was the respondent. So my constitional claim can be properly perserved for Federal Review. this Court has the copy of motion to refiled my petition. The State keeps informing the Court that the petition was dismissed with prejudice by every argument when the Court have no legal authority over said writ. Page, 20, 27, 32. This is the tacticle confusion of the State respondent. I'm just informing the Honorable of the States errors that could effect this Court decision.

Also I would like to file the trial transcript of 9/25, 26, 2008, and the Appellate brief and state that the respondent states they will file with this Court. I wonder why they didn't. Because their is facts to my unconstitional Conviction and the trial Court prejudice. The law library would not allowed me to copies those document because I don't have money in my account right now. But within a week and a half I may do so, befor this Honorable Court makes its decision that would mean relief to my work that I start from nothing, but to stand for my rights.

If you have any question, please write back ASAP.

Thank You

[signature]