Dominic Ali 64554
P.C.C.F
26 Long Pond Rd
Plymouth, NH 02360

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 FEB 21  A 11:56

2/17/14

U.S.D.C.
55 Pleasant St
Concord, NH 03301

Dear Mr. Clerk,

My address have change from the N.H. state prison to the above address. Please anything you like forward, that's the address you can use.

Thank You!

Sincerely Yours,

[signature]