26 Long Pond Rd
Plymouth, MA 02360

Clerk Office
U.S. District Court
Dist of N.H.
55 Pleasant St. R 110
Concord, NH 03301

12 -cv- 185 JL

Dear Mrs; Clerk,

I'm incarcerated at
the Plymouth County Unil awaiting release Some-
time Soon Next months or after six months, with
Supervision order. It been 22 months now Since
I filed this Case with this Court. To my
understanding the State respondent all ready filed
its answer. I'm at the Immigration doing time
due to the reckless, bias and Unconstitutional
conviction by the State. This Court order is
important, and I'm awaiting its final decisions.
Please informed me if their as any changes to this
Case I believes that this Court already have my new
address aboved, throw me or the U.S. Court of Appeals
Clerks.

1 of 1

Respectfully Submitted,