UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Dominic Ali, Petitioner

     v.                                           Docket No.: 1: 12-cv-00185-JL

Warden, Northern New Hampshire
    Correctional Facility,
    Respondent

### RESPONDENT'S NOTICE OF
### PARTIAL COMPLIANCE WITH ORDER
### DOCKETED MARCH 31, 2014 (DOCUMENT 46)

By order docketed March 31, 2014, this Court directed the respondent to file the sentencing memoranda filed in the trial court in the petitioner's 2008 criminal case. Doc. 46: 46. With this pleading, the respondent has attached the memorandum filed on behalf of the petitioner in that case. The State did not file a sentencing memorandum in the 2008 case. The respondent is in the process of obtaining the transcripts noted in this Court's order.

                                  Respectfully Submitted,

                                  Warden, Northern New Hampshire Correctional Facility, Respondent.

                                  By his attorneys,

                                  Joseph A. Foster
                                  Attorney General

                                  */s/ Elizabeth C. Woodcock*
                                  Elizabeth C. Woodcock
                                  Bar Number:  18837
                                  Assistant Attorney General
                                  Criminal Justice Bureau
                                  33 Capitol Street
                                  Concord, NH  03301-6397
                                  Phone: (603) 271-3671
April 7, 2014                        Elizabeth.Woodcock@doj.nh.gov

**CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that I have served the petitioner, who is *pro se*, at the following address:

  Dominic S. Ali, #81829, Northern New Hampshire Correctional Facility, 138 East Milan Road, Berlin, NH  03570

          */s/ Elizabeth C. Woodcock*
          Elizabeth C. Woodcock