BJH|KM

THE STATE OF NEW HAMPSHIRE

SUPERIOR COURT – NORTHERN DISTRICT

HILLSBOROUGH, SS.                                    DECEMBER TERM, 2008

THE STATE OF NEW HAMPSHIRE

V.

DOMINIC ALI                                    DEC 0 2 2008

# 08-0858; 08-0859; 08-0862; 08-0864

## DEFENDANT'S MEMORANDUM ON THE ISSUE OF SENTENCING

NOW COMES Dominic Ali, by and through counsel, and submits the following memorandum on the issue of sentencing.

Statement of case:

1.  Dominic Ali was charged in the Hillsborough County Superior Court with two indictments of Second Degree Assault, one indictment and one information of simple assault, two informations of false imprisonment and two informations of obstructing the report of a crime. After a jury trial in September of 2008, one simple assault charge, one obstructing the report of a crime charge and one false imprisonment charge were dismissed. He was found not guilty of the simple assault indictment. He was found guilty of the two second degree assault indictments (08-0858 and 08-0859), one obstructing the report of a crime information (08-0864) and one false imprisonment information (08-0862).

General Background:

2.  Dominic Ali was born in Khartoum, Sudan, ███████████. He lived in Sudan with his extended family until he was 16 years old. At that age, he fled to Egypt

1

with his mother and sisters due to the civil war in Sudan. He lived in Egypt for approximately 1 year, and then he and his mother and sister applied for refugee status through the United Nations and were re-settled in the United States. He arrived in New York at John F. Kennedy Airport in 2000 and was immediately relocated to Manchester, New Hampshire with his mother and sister. He has lived in Manchester since 2000. He lived for 6 years with his mother and sister until they moved to Portland, Maine.

Education:

3. Upon his arrival in the United States and in Manchester, Dominic attended Central High School. In the 10th grade he dropped out and began working. After leaving Central High School however, he continued his education by attending the Youth Empowerment Program which is a federally funded employment and training program that provides academic, work readiness and occupational skills training to young adults. Dominic attended the Youth Empowerment Program from 2003-2005. By the time he completed that program, he had obtained full time employment and was working towards his GED. Julie Senneville, the Youth Empowerment Program's Coordinator, notes that while in the program, Dominic was polite, respectful and an eager student. (See letter from Julie Senneville at attachment 1).

Work History:

4. Dominic obtained his "green card" approximately 4-5 years ago. Since then, he has worked at McDonalds, H&R Block, North American Equipment Upfitters, Inc., Associates Grocery, Inc., and Lindt Chocolate Company. At the time of his

2

arrest, he had been working for about four months at Capital Auto Auction in Londonderry as a driver.

5. He held his job with North American Equipment Upfitters, Inc., as a welder, for over two years from 2004 – 2006. Michael Dunican, Dominic's supervisor at North American Equipment Upfitters, Inc., notes that Dominic was an excellent employee and was one of the company's best welders and that he "would be an asset to any company that chose to hire him." (See letter from Michael Dunican at attachment 2).

Programming at the House of Corrections:

6. Dominic has been incarcerated at the Hillsborough County House of Corrections since his arrest in this case on February 4, 2008. While incarcerated, he has taken advantage of various courses and programming available within the jail. Participation in all of these programs is voluntary. Dominic has participated in the Thresholds Program, a program that focuses on decision-making and positive thinking. (See description of Thresholds Program at attachment 3).

7. Dominic has also participated in the Money Management Program, Parenting Program, Writing and Communications Program as well as Alcoholics Anonymous and Narcotics Anonymous groups, GED preparation, English as a Second Language classes, a Children's Literacy Workshop and the Breaking the Chains of Addiction Program.

8. Dominic has earned certificates of participation in the Thresholds, Money Management, Parenting and Writing and Communications Programs (See Certificates at attachment 4). Dominic's participation in other programming is

3

documented in the attached list printed from the Program's Department at the

Hillsborough County House of Corrections. (See print out at attachment 5).

Criminal Record:

9. Dominic's criminal record consists of one class A misdemeanor disorderly

conduct conviction from 2006 from the Manchester District Court and one class A

misdemeanor conviction for attempted violation of a protective order from 2004

from the Goffstown District Court. He received a suspended sentence and a fine

for the disorderly conduct conviction. He served 29 days in jail on the conviction

for violating a restraining order.

Immigration Consequences:

10. Under federal immigration law, Dominic's convictions on the indictments and

informations at issue in this case may constitute convictions for "crimes of

domestic violence" pursuant to 8 U.S.C. § 1227(a)(2)(E) and "crimes of moral

turpitude" pursuant to 8 U.S.C. § 1227(a)(2)(A). Under federal immigration law,

if he receives a sentence of a year or more on these convictions, these convictions

may also constitute "aggravated felonies" pursuant to 8 U.S.C. § 1101(a)(43).

Because of this, Dominic is likely to be put into immigration removal proceedings

after he finishes serving any sentence on this case.

11. If Dominic is removed to Sudan, he will be returning to a country in conflict

where he has few connections.

12. "Sudan has been at war with itself for more than three quarters of its existence.

Since independence [in 1953], protracted conflict rooted in deep cultural and

religious differences retarded Sudan's economic and political development and

4

forced massive internal displacement of its people." U.S. Department of State, Bureau of African Affairs, July 2008, Background Note: Sudan, http://www.state.gov/r/pa/ei/bgn/5424.htm. "During more than 20 years of conflict ... violence, famine and disease killed more than 2 million people, forced an estimated 600,000 people to seek refuge in neighboring countries, and displaced approximately 4 million others within Sudan, creating the world's largest population of internally displaced people." Id.

13. In 2005, a Comprehensive Peace Agreement was signed that purported to end the more than two decades of civil war that took place between northern and southern Sudan. Briefing, A gleam among the ruins, The Economist, 33 (November 22, 2008). However, in May 2008, heavy fighting again broke out in Sudan. Id.

14. Furthermore, conflict continues in the west of Sudan in Darfur. U.S. Department of State, Sudan, Country Specific Information, http://www.state.gov/travel/cis_pa_tw/cis/cis_1029.html. Since 2003, Darfur has been considered "one of the world's worst human rights and humanitarian catastrophes." Amnesty International, Darfur History, http://www.amnestyusa.org/. The government of Sudan and the Janjawid, an allied militia, have been responsible for killings, torture, rape, detentions, forced displacement, the burning of homes and villages, and the theft and deliberate destruction of crops and cattle. Id. It is estimated that 300,000 men, women and children have died and 2.6 million people have been displaced from their homes as a result of this conflict. Id.

Recommendation for sentence:

15. When judges exercise their "heavy responsibility" to sentence criminal defendants, they do so with the goal of advancing "...the constitutional objectives of punishment, rehabilitation and deterrence..." State v. Burroughs, 113 N.H. 21, 23-24 (1973). "The true design of all punishment [is] to reform, not to exterminate mankind." N.H. Constitution, Part 1, Article 18.

16. Because of Dominic's minimal prior criminal record, the efforts he has taken to improve himself while incarcerated at the house of corrections since February of 2008, and the possibility that he could face removal/deportation to Sudan as a result of these convictions, the defense requests that this Court sentence Dominic to the following:

   a. 08-0862 and 08-0864: concurrent sentences of 304 days in the house of corrections, stand committed, with 304 days credit for time served since February 4, 2008.

   b. 08-0858 and 08-0859: concurrent sentences of 11 months in the house of corrections, all suspended for 5 years on the condition of good behavior and 3 years of probation with treatment as recommended by probation officer.

17. This sentence will advance the constitutional goals of sentencing. Dominic has already been punished by serving 304 days in the house of corrections since his arrest. He has begun the process of rehabilitation by participating in programming at the house of corrections, and this rehabilitation will continue through a term of probation. This sentence also serves to promote the sentencing goals of specific

and general deterrence. Specifically, Dominic will have lengthy prison exposure pursuant to State v. White, 131 N.H. 555 (N.H. 1989), if he violates probation. The lengthy period of time he has already served in jail also sends a message to the community that convictions for offenses such as these result in a deprivation of liberty.

18. If the Court is not inclined to adopt this defense recommendation for sentence, the defense requests that the Court consider using consecutive sentences of no more than 11 months each so as to avoid sentences that will result in convictions for aggravated felonies under federal immigration law.

WHERFORE, the defendant respectfully requests this Court:

A. Formulate a sentence for Mr. Ali that is fair and just given all of the facts and circumstances of this case; and
B. Grant the defendant such other and further relief as is just and equitable

Respectfully submitted,

Aileen O'Connell, #17144
Helen Sullivan, #18359
New Hampshire Public Defender
20 Merrimack Street
Manchester, NH 03101
(603) 669-7888

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Memorandum On the Issue of Sentencing has been forwarded this 2nd day of December, 2008 to Brett Harpster, Esquire, Hillsborough County Attorney's office.

Aileen O'Connell, #17144

7

ATTACHMENT 1

Youth Empowerment Program
Southern NH Services, Inc
49 Manchester Street
Manchester, NH 03101
(603) 626-7941

Hillsborough County Superior Court
300 Chestnut Street
Manchester, NH 03101



November 7, 2008

Your Honor:

My name is Julie Senneville and I am the program coordinator for the Youth
Empowerment Program in Manchester, NH. The Youth Empowerment Program is a
federally funded employment and training program that provides academic, work
readiness and occupational skills training to young adults.

I had the pleasure of working with Dominic Ali from October 29, 2003 to June 29, 2005.
When Dominic completed the training he was working full time and continuing to study
for his GED test. I provided him monthly follow up services and he continued to be
successful. Even after follow up services were over, he continued to maintain regular
contact with staff.

During the time that I worked with Dominic, I found him to be polite and respectful. He
was an eager student and really wanted to finish his schooling. He interacted well with
his fellow classmates and worked well in group settings. He never was a behavior
problem and never manifested negative behaviors in the classroom setting. He also
received favorable reviews from his employer; there were never any complaints from his
job site.

Respectfully submitted,

Julie Senneville
Youth Development Specialist

ATTACHMENT 2

## North American Equipment Upfitters, Inc



November 10, 2008.

To whom it may concern:

Dominic Ali was employed by North American Equipment Upfitters, Inc. from September 29, 2004 through October 13, 2006.   It was our understanding that Dominic left our employment to pursue educational studies at the time of his resignation.

While in our employment Dominic was an excellent employee that worked well with others and had become one of our best welders.   Dominic would be considered for a position in the future with North American and would be an asset to any company that chose to hire him.

Respectfully,

Michael Dunican
President

6 Sutton Circle Hooksett, NH 03106    PO Box 1017 Londonderry, NH 03053
Ph: (603) 624-6288   Fax: (603) 624-6289

ATTACHMENT 3

# THRESHOLDS / DECISIONS

## ORIGIN / RATIONALE

Milton Burglass, a 24year old ex-offender, was in a jail in Louisiana. He realized that the volunteer programs were not reaching inmates, not providing him skills, not providing him with the skill he needed to face and deal with difficult situations in life. When he left jail, he went to college and got a PHD and even an MD.

In 1964 he began a program ini the Pennsylvania correction system, which involved volunteers from the community teaching inmates decision-making skills. The program is known as THRESHOLDS. It spread throughout the northeast.

THRESHOLDS has been successful in the Hillsborough County Dept. of Corrections since 1994 and has reduced the recidivism of inmates from 65% to 15%.

## AIM OF THRESHOLDS

1) To change the thought processes of the self-defeating individual so he can think clearly and decide knowingly, whatever his goal may be.

2) It is based on fact and logic and has NO moral, ethical or religious emphasis.

## GOALS

THRESHOLDS helps an individual to:

A. Accept himself as a unique person, to realize he is important and capable of succeeding in life.

B. Accept the world for what it is, with all its problems and inequalities, because after all, it is the only one he has to live in.

C. Solve or at least deal with his problems (rather than to ignore and avoid them). And gives him the skills to do so.

Example: The "street" youngster who is called a name by a policeman has a number of alternatives.
1) he may walk away
2) he may stand and laugh
3) he may insult the office back
4) he may strike the officer in retaliation
All possible alternative have some consequences.

Once an inmate learns there may be a number of solutions to any problem, he is ready to set goals for himself. By trying to achieve these goals he practices decision-making and problem solving.

ATTACHMENT 4



Hillsborough County
Department of Corrections
Certificate of Participation

Presented To

Donnie Ali

For your 36 hours of attendance in the
Thresholds Program

James A. O'Hara Jr., Superintendent

Sister Marguerite Graziel c.s.c.

Date 5-29-08



Hillsborough County
Department of Corrections

Certificate of Participation

Presented to

Domonic Ali

For your 6 hours of attendance in the

Money Management Program

James A. O'Mara Jr., Superintendent

Sharon Cowen

Date 4/3/2008



Hillsborough County
Department of Corrections
Certificate of Participation

Presented to

Donnie Au

For your 10 Hours of attendance in the
Parenting Program

James A. O'Mara Jr., Superintendent

Sharon Cohen

7-31-08
Date



Hillsborough County
Department of Corrections
Certificate of Participation
Presented to
Dominic Ali

For your 8 hours of attendance in the
Writing & Communications Program

James A. O'Mara Jr., Superintendent

Curt Sickmott

Date
8/22/08

ATTACHMENT 5

## Programs for: ALI, DOMONIC SILVANO

| # | Program | Participation / Begin Dt mm/dd/yyyy | Term. Dt mm/dd/yyyy | Termination Code | Case Manager | Comment |
|---|---------|------------------|------------|------------------|--------------|---------|
| 1 | N/A | 02/12/2008 | 02/12/2008 | 1 (Successful Participation) | POMERLEAU | 1300-2000 HRS |
| 2 | A/A | 02/14/2008 | 02/14/2008 | 1 (Successful Participation) | PATRIQUIN | 1844-1944 HRS |
| 3 | GED | 03/06/2008 | 03/06/2008 | 1 (Successful Participation) | Davine | 1100-1312 Hrs |
| 4 | Haircut | 03/11/2008 | 03/11/2008 | 1 (Successful Participation) | SGT BARNES | |
| 5 | GED | 03/11/2008 | 03/11/2008 | 1 (Successful Participation) | DAVINE | 1055-1306 HRS |
| 6 | Thresholds | 03/13/2008 | 03/13/2008 | 1 (Successful Participation) | ST. | 1125-2045 PM |
| 7 | Thresholds | 03/13/2008 | 03/13/2008 | 1 (Successful Participation) | FR. SIMONEAU | 1328-1430 PM |
| 8 | Law Librar | 03/13/2008 | 03/13/2008 | 1 (Successful Participation) | DAVINE | 1055-1300 PM |
| 9 | Haircut | 03/15/2008 | 03/15/2008 | 1 (Successful Participation) | SGT BARNES | |
| 10 | Thresholds | 03/20/2008 | 03/20/2008 | 3 (Did not Complete) | SIMONEAU | ATTENDED |
| 11 | Making Mon | 03/20/2008 | 03/20/2008 | 1 (Successful Participation) | COWEN | 1230-1430 HRS |
| 12 | GED | 03/20/2008 | 03/20/2008 | 3 (Did not Complete) | DAVINE | NOT ON UNIT |
| 13 | Thresholds | 03/20/2008 | 03/20/2008 | 1 (Successful Participation) | MARGUERITE | 1830-2025 HRS |
| 14 | GED | 03/18/2008 | 03/18/2008 | 1 (Successful Participation) | DAVINE | 1055-1302 HRS |
| 15 | Thresholds | 03/25/2008 | 03/25/2008 | 1 (Successful Participation) | SIMONEAU | 1725-1835 HRS |
| 16 | GED | 03/25/2008 | 03/25/2008 | I (Successful Participation) | DAVINE | 1055-1310 HRS |
| 17 | GED | 03/27/2008 | 03/27/2008 | 1 (Successful Participation) | DAVINE | 1055-1305 HRS |
| 18 | Thresholds | 03/27/2008 | 03/27/2008 | 1 (Successful Participation) | GRAVEL | 1836-2041 HRS |
| 19 | Making Mon | 03/27/2008 | 03/27/2008 | 1 (Successful Participation) | COWEN | 1230-1445 HRS |
| 20 | GED | 04/01/2008 | 04/01/2008 | 1 (Successful Participation) | DAVINE | 1055-1309 HRS |
| 21 | Thresholds | 04/01/2008 | 04/01/2008 | I (Successful Participation) | SIMONEAU | 1728-1845 HRS |
| 22 | Thresholds | 04/03/2008 | 04/03/2008 | 1 (Successful Participation) | GRAVEL | 1830-2045 HRS |
| 23 | Making Mon | 04/03/2008 | 04/03/2008 | I (Successful Participation) | Cowen | 1230-1435 Hrs |
| 24 | GED | 04/03/2008 | 04/03/2008 | 1 (Successful Participation) | Davine | 1055-1317 Hrs |
| 25 | Religious | 04/07/2008 | 04/07/2008 | 1 (Successful Participation) | ADAMS | 1825-1925 HRS |
| 26 | GED | 04/08/2008 | 04/08/2008 | I (Successful Participation) | DAVINE | 1043-1300 HRS |
| 27 | Thresholds | 04/10/2008 | 04/10/2008 | I (Successful Participation) | GRAVEL | 1828-2039 HRS |
| 28 | GED | 04/10/2008 | 04/10/2008 | 3 (Did not Complete) | DAVINE | 1055-1320 HRS |
| 29 | GED | 04/15/2008 | 04/15/2008 | I (Successful Participation) | DAVINE | 1050-1301 HRS |
| 30 | Thresholds | 04/15/2008 | 04/15/2008 | I (Successful Participation) | SIMONEAU | 1748-1844 HRS |
| 31 | Thresholds | 04/17/2008 | 04/17/2008 | 1 (Successful Participation) | GRAVEL | 1818-2044 HRS |
| 32 | GED | 04/17/2008 | 04/17/2008 | 1 (Successful Participation) | DAVINE | 1100-1300 HRS |
| 33 | GED | 04/22/2008 | 04/22/2008 | 1 (Successful Participation) | DAVINE | 1100-1300 HRS |
| 34 | Thresholds | 04/22/2008 | 04/22/2008 | I (Successful Participation) | SIMONEAU | 1724-1834 HRS |
| 35 | GED | 04/24/2008 | 04/24/2008 | I (Successful Participation) | DAVINE | 1145-1300 HRS |

Printed on 11/24/2008 10:47 AM                    page:1

## Programs for: ALI, DOMONIC SILVANO

| # | Program | Date | Date | Status | Name | Hours | # |
|---|---------|------|------|--------|------|-------|---|
| 36 | Thresholds | 04/24/2008 | 04/24/2008 | 1 (Successful Participation) | GRAVE | 1822-2035 HRS | 36 |
| 37 | Thresholds | 04/29/2008 | 04/29/2008 | 1 (Successful Participation) | SIMONEAU | 1740-1900 HRS | 37 |
| 38 | Parenting | 04/29/2008 | 04/29/2008 | 1 (Successful Participation) | MARGUERITE | 0930-1025 HRS | 38 |
| 39 | GED | 04/29/2008 | 04/29/2008 | 1 (Successful Participation) | DAVINE | 1100-1310 HRS | 39 |
| 40 | ABE/ESL | 05/01/2008 | 05/01/2008 | 1 (Successful Participation) | DAVINE | 1100-1300 HRS | 40 |
| 41 | Thresholds | 05/01/2008 | 05/01/2008 | 1 (Successful Participation) | GRAVEL | 1820-2032 HRS | 41 |
| 42 | ABE/ESL | 05/06/2008 | 05/06/2008 | 1 (Successful Participation) | DAVINE | 1056-1308 HRS | 42 |
| 43 | ABE/ESL | 05/08/2008 | 05/08/2008 | 1 (Successful Participation) | DAVINE | 1100-1311 HRS | 43 |
| 44 | Thresholds | 05/08/2008 | 05/08/2008 | 1 (Successful Participation) | DAVINE | 1832-2045 HRS | 44 |
| 45 | ABE/ESL | 05/13/2008 | 05/13/2008 | 1 (Successful Participation) | DAVINE | 1055-1300 HRS | 45 |
| 46 | N/A | 05/13/2008 | 05/13/2008 | 1 (Successful Participation) | DAVINE | 1917-2030 HRS | 46 |
| 47 | ABE/ESL | 05/15/2008 | 05/15/2008 | 1 (Successful Participation) | DAVINE | 1104-1248 HRS | 47 |
| 48 | Thresholds | 05/15/2008 | 05/15/2008 | 1 (Successful Participation) | GRAVEL | 1826-2029 HRS | 48 |
| 49 | Thresholds | 05/17/2008 | 05/17/2008 | 1 (Successful Participation) | MONGKIEUR | 1308-1413 HRS | 49 |
| 50 | GED | 05/20/2008 | 05/20/2008 | 1 (Successful Participation) | DAVINE | 1042-1320 HRS | 50 |
| 51 | N/A | 05/21/2008 | 05/21/2008 | 1 (Successful Participation) | JOHNSON | 1900-2010 HRS | 51 |
| 52 | Thresholds | 05/22/2008 | 05/22/2008 | 1 (Successful Participation) | GRAVEL | 1826-2149 HRS | 52 |
| 53 | ABE/ESL | 05/22/2008 | 05/22/2008 | 1 (Successful Participation) | DAVINE | 1100-1315 HRS | 53 |
| 54 | Thresholds | 05/24/2008 | 05/24/2008 | 1 (Successful Participation) | MONGKIEUR | 1300-1422 HRS | 54 |
| 55 | ABE/ESL | 05/27/2008 | 05/27/2008 | 1 (Successful Participation) | DAVINE | 1105-1320 HRS | 55 |
| 56 | Thresholds | 05/29/2008 | 05/29/2008 | 1 (Successful Participation) | GRAVEL | 1820-2025 HRS | 56 |
| 57 | ABE/ESL | 05/29/2008 | 05/29/2008 | 1 (Successful Participation) | DAVINE | 1050-1255 HRS | 57 |
| 58 | ABE/ESL | 06/30/2008 | 06/30/2008 | 1 (Successful Participation) | DAVINE | 1100-1300 HRS | 58 |
| 59 | ABE/ESL | 07/02/2008 | 07/02/2008 | 1 (Successful Participation) | GRAVEL | 0815-1020 HRS | 59 |
| 60 | Parenting | 07/03/2008 | 07/03/2008 | 1 (Successful Participation) | COWEN | 1104-1300 HRS | 60 |
| 61 | Thresholds | 07/03/2008 | 07/03/2008 | 1 (Successful Participation) | SIMONEAU | 1315-1472S HRS | 61 |
| 62 | ABE/ESL | 07/07/2008 | 07/07/2008 | 3 (Did not Complete) | DAVINE | REFUSED | 62 |
| 63 | ABE/ESL | 07/09/2008 | 07/09/2008 | 1 (Successful Participation) | DAVINE | 0811-1015 HRS | 63 |
| 64 | Parenting | 07/10/2008 | 07/10/2008 | 1 (Successful Participation) | COWEN | 1055-1301 HRS | 64 |
| 65 | Thresholds | 07/11/2008 | 07/11/2008 | 1 (Successful Participation) | SIMONEAU | 1315-1400 HRS | 65 |
| 66 | ABE/ESL | 07/14/2008 | 07/14/2008 | 1 (Successful Participation) | DAVINE | 1056-1305 HRS | 66 |
| 67 | ABE/ESL | 07/16/2008 | 07/16/2008 | 1 (Successful Participation) | DAVINE | 0815-1025 HRS | 67 |
| 68 | Parenting | 07/17/2008 | 07/17/2008 | 1 (Successful Participation) | COWEN | 1055-1256 HRS | 68 |
| 69 | Comm and W | 07/18/2008 | 07/18/2008 | 1 (Successful Participation) | MCDERMOTT | 0817-1035 HRS | 69 |
| 70 | ABE/ESL | 07/21/2008 | 07/21/2008 | 3 (Did not Complete) | DAVINE | REFUSED | 70 |
| 71 | ABE/ESL | 07/23/2008 | 07/23/2008 | 3 (Did not Complete) | DAVINE | REFUSED | 71 |
| 72 | Parenting | 07/24/2008 | 07/24/2008 | 1 (Successful Participation) | COWEN | 1110-1315 HRS | 72 |

## Programs for: ALI, DOMONIC SILVANO

| 73 | Comm and W | 07/25/2008 | 07/25/2008 | 1 (Successful Participation) | MCDERMOTT | 0830-1030 HRS |
| 74 | ABE/ESL | 07/28/2008 | 07/28/2008 | 1 (Successful Participation) | DAVINE | 1055-1255 HRS |
| 75 | C.L.W. | 07/28/2008 | 07/28/2008 | 1 (Successful Participation) | GRAVEL | 1245-1345 HRS |
| 76 | ABE/ESL | 07/30/2008 | 07/30/2008 | 1 (Successful Participation) | DAVINE | 0815-1020 HRS |
| 77 | Parenting | 07/31/2008 | 07/31/2008 | 1 (Successful Participation) | COWEN | 1050-1330 HRS |
| 78 | Parenting | 08/04/2008 | 08/04/2008 | 1 (Successful Participation) | COWEN | 1130-1305 |
| 79 | Comm and W | 08/08/2008 | 08/08/2008 | 1 (Successful Participation) | MCDERMOTT | 0835-1032 HRS |
| 80 | Parenting | 08/11/2008 | 08/11/2008 | 3 (Did not Complete) | COWEN | REFUSED |
| 81 | Storybook | 08/19/2008 | 08/19/2008 | 1 (Successful Participation) | DROUIN | 1100-1210 HRS |
| 82 | Comm and W | 08/22/2008 | 08/22/2008 | 1 (Successful Participation) | MCDERMOTT | 0829-1031 HRS |
| 83 | GED | 09/15/2008 | 09/15/2008 | 3 (Did not Complete) | DAVINE | BOOKING |
| 84 | Haircut | 09/23/2008 | 09/23/2008 | 1 (Successful Participation) | BROOKS | |
| 85 | GED | 10/01/2008 | 10/01/2008 | 1 (Successful Participation) | DAVINE | 1055-1305 HRS |
| 86 | ABE/ESL | 10/06/2008 | 10/06/2008 | 3 (Did not Complete) | DAVINE | REFUSED |
| 87 | ABE/ESL | 10/08/2008 | 10/08/2008 | 1 (Successful Participation) | DAVINE | 1050-1305 HRS |
| 88 | C.O.A | 10/08/2008 | 10/08/2008 | 1 (Successful Participation) | MURRAY | 1920-2035 HRS |
| 89 | ABE/ESL | 10/15/2008 | 10/15/2008 | 1 (Successful Participation) | DAVINE | 1056-1310 HRS |
| 90 | ABE/ESL | 10/20/2008 | 10/20/2008 | 1 (Successful Participation) | DAVINE | 0812-1034 HRS |
| 91 | ABE/ESL | 10/22/2008 | 10/22/2008 | 1 (Successful Participation) | DAVINE | 1058-1310 HRS |
| 92 | ABE/ESL | 10/27/2008 | 10/27/2008 | 1 (Successful Participation) | DAVINE | 0815-1026 HRS |
| 93 | ABE/ESL | 10/29/2008 | 10/29/2008 | 1 (Successful Participation) | DAVINE | 1100-1300 HRS |
| 94 | ABE/ESL | 11/03/2008 | 11/03/2008 | 1 (Successful Participation) | DAVINE | 0814-1020 HRS |
| 95 | ABE/ESL | 11/05/2008 | 11/05/2008 | 1 (Successful Participation) | DAVINE | 1100-1305 HRS |
| 96 | ABE/ESL | 11/10/2008 | 11/10/2008 | 1 (Successful Participation) | DAVINE | 0815-1022 HRS |
| 97 | Gymnasium | 11/11/2008 | 11/11/2008 | 1 (Successful Participation) | RICHARD | 1313-1425 HRS |
| 98 | Haircut | 11/13/2008 | 11/13/2008 | 1 (Successful Participation) | POTTER | |