JL

Dominic A# 64554
P-C-C E
26 Long Pond Rd
Plymouth, MA 02360

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 APR -7 P 1:28

U.S.D.C                                    4/2/14
55 Pleasant St R110
Concord, NH 03301

Dear Mr. Clerk;

This Court in its order March 31, 2014, ordered the States within 30 days to serve the petitioner with a complete transcript of Feb 2, 2009, sentencing hearing of my 2008 conviction, September 28, 2004, plea and sentencing proceeding Feb. 15, 2011, evidentiary hearing motion to withdraw no/of plea of 2004, sentencing memoranda filed by the State and defendant in 2008. Please be advised, that the last time the State provided me with a Tape recorded that I couldn't identify who the Judge and when the hearing took place. I need these transcript in writing please. And I don't believe I had the same judge in this two hearings 2004, Feb 15, 2011 - because he himself ask whos the Judge was. in Sep 28, 2004. listing to the transcript on Tape both sound like the Judge on 2/15/2011, hearing and I think there is perjury been committed here.

in 9/28/2004, the State throw Goffstown and no statement about me. So the Judge himself threaten me not to come to Goffstown. Both of these statement is not recorded as it should be especially the State response. I think I already informed the Court about this issues.

If you think I need to filed motion about this claim please let me know soon as possible.

Thank you

[signature]