**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court                                   Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk                        Web: www.nhd.uscourts.gov

April 9, 2014

Mr. Dominic Ali (#64554)
N.H State Prison
P.O. Box 14
Concord, NH 03301

Dear Mr. Ali:

    I am responding to your April 2, 2014 letter, in which you raise a concern about the format in which the State may produce to you certain transcripts ordered by the court.

    Please note that, to the extent you want the court to address the issue you raise, such a request must be made by formal pleading (such as a motion) and not in letter format.   Fed. R. Civ. P. 7; LR 7.1(a). Your letter will not be presented to a judge for ruling.

    I suggest, however, that if you have a question about the format of the transcripts the State will be producing, you contact the State's attorney and ask whether the transcripts will be produced in written format.   To the extent that you have an issue with the format the State tells you it will be using to produce the transcripts, you then could file a motion to raise the issue with the court.

Very truly yours,

Pamela Phelan
Chief Deputy Clerk
