UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Dominic Ali, Petitioner

     v.                         Docket No.: 1: 12-cv-00185-JL

Warden, Northern New Hampshire
     Correctional Facility,
     Respondent

**RESPONDENT'S NOTICE OF
COMPLIANCE WITH ORDER
DOCKETED MARCH 31, 2014 (DOCUMENT 46)**

     By order docketed March 31, 2014, this Court directed the respondent to file the

sentencing memoranda filed in the trial court in the petitioner's 2008 criminal case.  Doc. 46: 46.

With this pleading, the respondent has attached the transcripts noted in this Court's order.  The

respondent has not had the opportunity to review these transcripts, but upon doing so will notify

this Court and the petitioner if any supplemental pleadings will be filed.

                          Respectfully Submitted,

                          Warden, Northern New Hampshire Correctional
                          Facility, Respondent.

                          By his attorneys,

                          Joseph A. Foster
                          Attorney General

                          */s/ Elizabeth C. Woodcock*
                          Elizabeth C. Woodcock
                          Bar Number:  18837
                          Assistant Attorney General
                          Criminal Justice Bureau
                          33 Capitol Street
                          Concord, NH  03301-6397
                          Phone: (603) 271-3671
April 29, 2014               Elizabeth.Woodcock@doj.nh.gov

## __CERTIFICATE OF SERVICE__

I, the undersigned, do hereby certify that I have served the petitioner, who is *pro se*, at the following address:

Dominic S. Ali, #81829, Northern New Hampshire Correctional Facility, 138 East Milan Road, Berlin, NH  03570

*/s/ Elizabeth C. Woodcock*
Elizabeth C. Woodcock