Domnick Daniel
P.C.C.F.
26 Long Pond Rd
Plymouth, MA 02360

Ms. Pamela Phelan
U.S.D.C.
55 Pleasant St R110
Concord, NH 03301

April 14, 2014.

Dear Ms Clerk;

On this court order March 31, 2014, page 32 of that order, Civil-185-JL opinion NO. 2014 DNH 063 please. The court talk about dispositive motion Mr. Ali filed with this court. Will you please send me a copy of that motion so that I can attach it after the sentencing hearing transcript are made part of this court record. I believe its the sentencing transcript done by trial counsels which they admitts that probation officer uses two conviction of protective order in his report (PSI).

Thank you.

Respectfully Submitted,

Domnick Daniel