**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Pamela E. Phelan, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

May 8, 2014

May 8, 2014

Dominic S. Ali
#64554
Plymouth County Correctional Facility
26 Long Pond Rd
Plymouth, MA 02360

***Re: Ali v. NH State Prison, Warden***

Dear Mr. Ali:

I am writing in response to your letter received on April 17th, in which you request a copy of document #36 in the above-captioned case.

As a one time courtesy, I have enclosed a copy of the requested document. For future reference, however, please note that the clerk's office does not provide free copies of court documents to members of the public or litigants. All copy requests in this court require a prepaid fee of .50 ¢ per page. Payment may be tendered in the form of a certified bank check or money order made payable to the Clerk of Court. Please understand that this office will not provide you with courtesy copies of court documents in the future.

Sincerely,

***/s/ Charli M. Pappas***
Charli M. Pappas
Deputy Clerk

Enclosure 1