Dominic A/K 64554
P.C.C.F.
26 Long Pond Rd.                5/26/14
Plymouth, NH 02360

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 MAY 29 A 11: 55

U.S.D.C.
Office of the Clerk
55 Plesant St
Concord, NH 03301

Dear Ms. Phelo;
        Thank you very much for your assistance responding to my April 4/2/14 letter.

I got all the copies of motion 36 that I need to file right back to this Court and I got format of the transcript in writting. One of my problem and don't just understand that when is the rest of the hearing. Like I said in motions with this Court their was open argument when my lawyer told the Court in 2004 hearing he- the Nolo contendere plea about my background and its not fair- and the threats by the Court. And I'm 100% sure that this is not the Judge Lawrence. I re-wrote motion 36 and I have all these issues line up.

I'm at the Plymouth County Immigration issues deportation due to the 2004 conviction 2008, I was given six months if not deports I will be release. Fighting immigration is a big game of imprisonment you have to be in Jail for you to fight these issues. Sometime years. I'm a reffugee and "ICE" know that I cannot be deported to my own country country due to the civil war. UN article 33, 1952. But ICE is pushing the issue knowing its in violation of that law.

So, I asked to deported on March 6, 2013, and nothing been done by Ice. Their excuses that they need travel document and the Sudanese Gov need to issue that for Ice. One of my big issue which Sudan they trying to send me to South or the North. My family from the south, but I was order deport to the North. It's danger for me as a southern to be in the North at this time. Their are fighting rights now even the southern themselfs.

In this Jail, the law library don't have nothing. Just immigration law. I'm doing lots of hand writing and I know the Court is awaiting this motion be filed (36) I just need extra time to make copies and find good case law to support my arguments. My books should be here next week or after. Soon I get that, I will refile.

Sincerly yours,

[signature]
Writ Writer