**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

June 2, 2014

Mr. Dominic Ali (#64554; Unit GE 218)
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Dear Mr. Ali:

    I am responding to your May 26, 2014 letter, in which you raise several issues.

    It is not clear to me whether you are asking for any relief from the court about the issues you raise. In any event, as I told you in my last letter, to the extent that you want the court to take action about any proceedings or information you think were omitted from the transcripts you received, the immigration issues you describe or your need for time to file pleadings in your case, you cannot make those requests by letter. Rather, if you want the court to take action on any of those issues you must do so by filing a formal pleading (such as a motion). Fed. R. Civ. P. 7; LR 7.1(a). Your letter will not be presented to a judge for ruling.

                                      Very truly yours,

                                      Pamela Phelan
                                      Chief Deputy Clerk