UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Dominic Ali, Petitioner

    v.                                     Docket No.: 1:12-cv-185-JL

Warden, Northern New Hampshire
    Correctional Facility

### RESPONDENT'S MOTION FOR SUMMARY JUDGMENT
### AS TO CLAIMS 4(g) AND 5

NOW COMES the Respondent, by and through counsel, the Attorney General of the State of New Hampshire, pursuant to Rule 56(b) of the Federal Rules of Criminal Procedure and Local Rule 7.4, and, for the reasons set forth in the accompanying memorandum of law, respectfully moves this Honorable Court for summary judgment denying the petition for a writ of habeas corpus.

                                            Respectfully Submitted,

                                            Warden, Northern New Hampshire Correctional Facility, Respondent.

                                            By his attorneys,

                                            Joseph A. Foster
                                            Attorney General

                                            */s/ Elizabeth C. Woodcock*
                                            N.H. Bar # 18837
                                            Assistant Attorney General
                                            Criminal Justice Bureau
                                            33 Capitol Street
                                            Concord, NH  03301-6397
                                            Phone: (603) 271-3671
June 9, 2014                             Elizabeth.Woodcock@doj.nh.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have served the petitioner, who is *pro se*, by conventional means by sending one copy of the within motion to the petitioner by first-class mail postage prepaid, at the following address: Dominic S. Ali, #64554, P.C.C.F., Plymouth, MA 02360.

*/s/ Elizabeth C. Woodcock*
Elizabeth C. Woodcock