Dominic Ali #80054
P.C.C.F.
26 Long Pond Rd
Plymouth, MA 02360

Ms. Pamela Phelan
U.S.D.C.
55 Pleasant St R110
Concord, NH 03301

April 19, 2014.

Dear Ms Clerk;

On this court order March 31, 2014, Page 32 of that order, Civil-185-JL opinion NO. 2014 DNH 063 please. The court talk about dispositive motion Mr. Ali filed with this court. Will you please send me a copy of that motion so that I can attach it after the sentencing hearing transcript are made part of this court record. I believe its the sentencing transcript done by trial counsels which they admitts that probation officer uses two conviction of protective order in his report (PSI).

Thank you.

Respectfully Submitted,

[signature] Dominic Ali