Dominic Ali 64554
P.C.C.F.
26 Long Pond Rd
Plymouth, NH 02360

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 JUN 30 A 11:55

Ms. Pamela Phelan                6/16/14
U.S.D.C.
55 Pleasant St R110          Civil-185-JL
Concord, NH 03301

Dear Mrs Clark:

    Would you please advise the Court that I don't have any more of any probation Office with me at this time. All I know that I'm under supervision by the State of N.H. parole for the next 5 years. All supporting grounds states on that motion.

    Thank you

    /s/ Dominic

State of N.H. Adult Parole Board
105 Pleasant St.
Concord, NH 03301