Dominic Ali 478939
Bristol County Sheriff
Office
400 Faunce Corner Rd
North Dartmouth, MA 02747

U.S. District Court
55 Pleasant St R110          7/1/14
Concord, NH  03302

Dear Mrs. Clerk

          This is change of address please. Thank you

*[signature]*