U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2014 JUL 31  A 10: 36

Dominic Ali #1403401

Suffolk County House of Correction

20 Bradston Street

Boston, MA  02118

Clerk Office                                   7/25/14

U.S.District Court

55 Pleasant St  Room 110

Concord, NH 03301


Dear Mrs. Clerk;

Mr.Ali was removed from Bristol County
Correctional facility to Suffolk County and this is his new address.

Suffolk County House of Correction

20 Bradston St

BOSTON, MA 02118

If you have any question please write me at any time. I do not have an
attorney and representing myself sui juris.

Respectfully Submitted,