Dominic Ali 642054
Etowah County Jail
827 Forrest Ave
Gadsden, AL 35901

Pamela E. Phelan
Clerk Office
U.S. Dist Court
55 Pleasant St R 110
Concord, NH 03301

8/17/14

Civil No 12-cv-185-JL

Dear Ms. Clerk,

On June 5th, 2014, Mr. Ali was ordered to file before July 1, 2014, a motion to amend his petition. Mr. Ali amended his petition and added the State of N.H. Parole Board Office as the respondent in this action. And a motion to vacate his State conviction in 2008 which he was over-charged and indicted with nolo conviction in 2004, and that led up to his 2008, enhancement of his sentence.

Mr. Ali was moved over and over again by the Federal Government and their for his addresses changed as well. Due to that, Mr. Ali doesn't know whats his case status at this time. Mr. Ali informed the Court of Appeals 1 Cir. to send a notice of address changes. I've been moved to 3 different jails. And I believes this is my final stop. Mr. Ali is awaiting his Court order on his motion to vacate his conviction and sentence of 2008. Especially the

conviction and sentence of the Nolo contender plea in 2004. that was based on faulty advise and Immigration. I'm expecting to be here for more three months. if there is any changed I will respond us sAp. if there is any Court order please sended to this address. and will try to explane to the Court via motion if I'm late to respond.

Respectfully Submitted,

[signature]