UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dominic S. Ali

       v.                                      Civil No. 12-cv-185-JL

NH Department of Corrections,
Commissioner


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 16, 2014.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: November 10, 2014

cc:  Dominic S. Ali , Pro se
     Elizabeth C. Woodcock, Esq.
     Francis Charles Fredericks, Esq.