UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dominic S. Ali

v.                                                            Civil No. 12cv185-JL

NH Department of Corrections, Commissioner

**JUDGMENT**

Judgment is hereby entered in accordance with the following:

- Order dated November 6, 2012, by Chief Judge Joseph N. Laplante, approving the Report and Recommendation dated October 10, 2012, by Magistrate Judge Landya B. McCafferty.

- Order dated May 23, 2013, by Chief Judge Joseph N. Laplante, approving the Report and Recommendation dated May 2, 2013, by Magistrate Judge Landya B. McCafferty.

- Order dated March 31, 2013, by Chief Judge Joseph N. Laplante.

- Order dated June 7, 2013, by Chief Judge Joseph N. Laplante, approving the Report and Recommendation dated May 20, 2013, by Magistrate Judge Landya B. McCafferty.

- Order dated November 10, 2014, by Chief Judge Joseph N. Laplante, approving the Report and Recommendation dated October 16, 2014, by Magistrate Judge Andrea K. Johnstone.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: November 18, 2014

cc:   Dominic S. Ali, pro se
      Elizabeth C. Woodcock, Esq.
      Francis Charles Fredericks, Esq.